March 21, 2016

Honorable Judge Kenneth L. Ryskamp
701 Clemantis Street, Room 416
West Palm Beach, FL 33401

To the Honorable Judge Kenneth L. Ryskamp:

I am Richard W. Emerich's sister and would like to share with you a bit more about him as well as the difficulties and struggles I've witnessed Richard endure throughout our childhood and into his adult life. Richard is the oldest of us three siblings; I am the second oldest and our brother James, is the youngest.

As far back as I can remember I've always been aware that Richard "Rich" was different and never fit in with other kids his age. His differences became painfully apparent when our father enrolled Rich in baseball and discovered he had no athletic aptitude. When the baseball was thrown to Rich he didn't have the coordination to catch the ball and when the ball was thrown to him it would bounce off his hands or body. Compounding the problem, he was not able to throw or hit the ball either. Though our parents did not force Richard to continue with group sports his lack of athletic prowess caused endless teasing by the other kids. Dad would try to practice with Rich in the backyard catching and throwing the baseball in the hope it would help him get him through gym classes but it never stuck. During recess Rich would sit on the side lines which isolated him from the other kids.

I also became aware of the endless teasing and bullying Rich was receiving at school when I was in first grade and Richard was in fourth grade. We were living in Illinois and lived close enough to our elementary school that we could either walk or ride our bikes to school. I remember one day in particular when Rich insisted that after school I go straight home alone as he was going to stay late at school. I could tell Rich was not telling the truth so I refused to leave without him. Before he could force the issue we noticed that a group of kids were congregating at the end of school property on the sidewalk we took to go home. It soon became clear the group was waiting for Rich as they turned and watched the two of us walk toward the sidewalk. In front of the group was a girl in sixth grade who was known throughout the school as a bully. I learned later that the girl had been teasing my brother and had challenged Rich to a fight. She wanted to prove she was stronger than Richard which wasn't fair as she was a big girl for her age and Rich was only in fourth grade and she in the sixth grade. The group started chanting "fight, fight, fight" and Rich and the girl began to circle around each other and she started pushing Richard. I ran back

to school to get help and luckily a teacher leaving school saw the group and broke up the fight. Unfortunately, things got worst after the fight because the girl and her friends got in trouble so from then on they saw Richard as a nuisance and would find ways to taunt him. It was shortly after this incident we moved from Illinois to Connecticut but unfortunately Rich experienced the same bullying in CT as he did in IL.

When Rich approached seventh and eighth grade I remember the teasing and bullying got worst as Mom would get prank phone calls and the callers would say cruel things about Richard, using awful slurs and then would hang up. This was extremely upsetting as our parents raised us to “love our neighbor” and “treat others as we would want to be treated” so it was beyond their comprehension that other kids would be so cruel. One of the nastiest names they called Rich was “Feme – rick” a play on our last name and implying he was feminine. Thinking back now I realize Rich would isolate himself in his room for hours reading and didn’t want to participate or spend time with the family. This was not the typical teenage behavior of needing space away from the family, but more of Rich not feeling he fit in with the rest of the family. Richard would join us for board games or cards so Mom and Dad would always suggest we play games knowing it was an enjoyable activity for Rich and would bring him out of his room. Rich also started disconnecting emotionally and would sometimes come across as cold and unapproachable. I now see it was his way of coping but it was hard for me to understand the change in him at the time and I remember feeling hurt as it seemed he wanted nothing to do with me and all I wanted to do was protect him but I couldn’t. It still brings tears to my eyes thinking about what Richard went through.

Years later when I was out of College my Mom shared with me that Dad and she struggled to know how to help Richard. They didn’t want to add to the situation by fighting his battles but it was obvious that Rich was becoming more isolated and alone. My parents enrolled Rich in music classes and they found he excelled at music and academics. Richard was always an avid reader and loved playing games and to this day he still loves reading and board games. I believe books serve as a form of escape for him.

It wasn’t until Rich got to High School that things seemed to improve. He found a nice group of friends in the band who were all considered “different” as they were good at academics and didn’t play sports. Richard also became the first seat, clarinet in the band and was the band leader his senior year in High School which helped bring him out of his shell.

Things continued to improve when Rich attended College but what always stood out to my parents was that he seemed to be immature socially. Most of his College friends were interested in meeting girls and securing high profile jobs after graduation; but Rich was content to be alone and get a job he liked but not necessarily a high power job like his

friends. Rich has always had a strong work ethic and was a fair and good Lab Manager but prefers working behind the scenes in the lab. If I remember correctly, Rich was a T.A. for a Chemistry Professor at College and was a volunteer fireman for the Campus Fire Department. After graduation Richard continued his volunteering at our hometown fire department and was a very dedicated fireman. He was also the Treasurer for the fire house.

After College the majority of Richard's friends married and had children which left Rich alone and disconnected from his friends. Rich lived at home in Connecticut with our Mom until he got on his feet and eventually moved out when he went to work for a lab in Massachusetts. Richard was a big help to our Mom when our Dad passed on in 1986. Dad was only 57 years old when he died and I was still in College and James was only 16 years old. After we all went our separate ways after College we would see each other on holidays at Mom's house. Richard would also visit Mom often in order to check-in on her and see if she needed help fixing things around the house. Richard was a huge support to me when our Mother became ill and passed on in 2012. I was her POA and Executor of her estate and it was a lot of work and emotionally draining and Rich was a big support system for me.

I can't speak for our Mother but I was always aware she was concerned that when she died Richard would feel even more isolated from the family and would be all alone. She made me promise often before she became ill that when she was gone that both my brother James and I would be sure to invite Richard to all family functions and check-in on him to be sure he knew we cared and loved him. She warned me that Rich may turn down our invitations to visit but that we should keep trying and not to give up on him.

It is very hard to replay these memories and how terrible it must have been for my brother growing up. As I learn more about my brother's recent actions; I am extremely shocked and horrified by his activities and can't understand his behavior. The Richard I know is smart, generous, gentle, kind and loving; and just wants to be accepted. This has deeply distressed me to my core but he is still my brother who I love and will support. In speaking with Richard I know he is extremely remorseful and wants to change his behavior. He has expressed to me his desire to get help. I sense his commitment and sincerity to correct his actions as he realizes this is a lesson he must learn and does not want to continue living like this. I will continue to support Richard the best I can as he works to change and be the better person I know he can be. I know my brother and when he sets his mind to do something he has the dedication and will-power to do so.

Thank you for your consideration.

Sincerely,

Elizabeth A Emerich