April 25, 2016

Honorable Judge Kenneth L. Ryskamp
701 Clemantis Street, Room 416
West Palm Beach, FL 33401

To the Honorable Judge Kenneth L. Ryskamp

I am Richard Emerich's younger brother. He is eight years older than I am. I am writing to let the court know that while I do not condone the acts that my brother did that put him in his current situation, I truly believe that he a soul that is worth helping and redeeming. I was shocked, angry and saddened when I learned of his criminal actions. My thoughts and prayers are with my brother as well as those he affected, and I hope they find the help that they need to heal.

Richard had a difficult childhood. While it is not an excuse for his actions, while growing up, Richard was often teased, bullied and shamed because of who he was. He never really 'fit in' and seemed to me to be on the outside of social groups. Our father passed away when I was 16. Our mother supported us, but she had some behavioral challenges with socialization which made our day-to-day difficult. For example, when we were young, she would punish us by shunning us, sometimes not speaking to (which I have recently learned has an extremely detrimental impact on children who depend on the close relationship with their parents to build a supporting structure for their mental growth). She also held strict religious beliefs that made it difficult for us to be our true selves, and forced us to keep family secrets under threat of shunning.

My mother is no longer with us, but while she was still alive, she did mention that she thought something (some sort of assault) happened to Richard in his middle school years. After talking with a therapist, it is my belief that Richard was the victim of a sexual assault while he was in middle school, and this has had a huge negative impact on his social growth and was the beginning of the path he finds himself on now. I do not believe Richard received any help from my parents or anyone else at that time it occurred, or anytime thereafter. Because he has not addressed this, it has framed his negative path and head him to where he is today.

I know Richard is very remorseful. I also know that he is a good person and has given much to the community that he lived in while I was living at home in Connecticut. For many years Richard was a volunteer fireman helping protect our community. He was supportive of me and my sister when our father passed away and when times were difficult with our mother. That goodness still exists in him as he has often expressed his desire to find help to work on his challenges and continue to give back to his community in whatever form that might take.

Richard still has the full love and support of his family during this trying time and in the future.

I respectfully request that the court take into account Richard's difficult childhood and circumstances as it determines his sentencing and rehabilitative facility. I believe that with the appropriate treatment, Richard will be able to turn his life around.

Thank you for your consideration,

James Emerich