UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-80212-CR-KLR

UNITED STATES OF AMERICA, )
)
GOVERNMENT, )
)
-v- )
)
RICHARD EMERICH, )
)
DEFENDANT. ) West Palm Beach, Florida
) April 27, 2016
)

TRANSCRIPT OF SENTENCING PROCEEDINGS

BEFORE THE HONORABLE KENNETH L. RYSKAMP

UNITED STATES DISTRICT JUDGE

Appearances:

FOR THE GOVERNMENT
Benjamin J. Widlanski, AUSA
U.S. Attorney's Office
Major Crimes Section
99 Northeast 4th Street, 6th Floor
Miami, FL 33132

FOR THE DEFENDANT
William R. Barzee, ESQ.
Courthouse Center
40 Northwest Third Street
Penthouse 1
Miami, FL 33128

Reporter
(561)514-3768
Stephen W. Franklin, RMR, CRR, CPE
Official Court Reporter
701 Clematis Street
West Palm Beach, Florida 33401
E-mail: SFranklinUSDC@aol.com

(Call to the order of the Court.)

THE COURT: Is everyone here just on the last case?

MR. WIDLANSKI: Yes, Your Honor.

THE COURT: All right. The last case is United States versus Emerich.

Counsel state their appearances, please.

MR. WIDLANSKI: Good afternoon, Your Honor. Ben Widlanski on behalf of the United States.

MR. BARZEE: Good afternoon, Your Honor. William Barzee on behalf of Richard Emerich, who's present.

THE COURT: All right. And you've reviewed the presentence report. I know you have request for a variance, and I've read the letters that were submitted. But other than that, you have no objection to the presentence report from a factual standpoint, right?

MR. BARZEE: That is correct, Your Honor.

THE COURT: All right. I'll hear from you at this time.

MR. WIDLANSKI: Your Honor, before we get into argument, there was one issue that counsel and I would like to raise with the Court.

At the change of plea hearing, the Government, in error, failed to include in the plea agreement the mandatory $5000 required assessment pursuant to the Crime Victims' Rights Act, or, I'm sorry, the victims of domestic trafficking

fund act.

THE COURT: He's paying more than that.

MR. WIDLANSKI: He is, Your Honor. That $5000 is a mandatory statutory requirement.

THE COURT: Well, that will be included within the $80,000?

MR. WIDLANSKI: It's a separate assessment, Your Honor. It's been included by the probation office in the revamped presentence investigation report, the new addendum.

THE COURT: Okay.

MR. WIDLANSKI: Counsel and I have had conversations. I just wanted to put on the record and get concurrence from counsel that that $5000 in no way diminished Mr. Emerich's intention to plead guilty.

MR. BARZEE: That's correct, Your Honor.

And just to clarify, it's Mr. Emerich's intention is to pay the $5000 mandatory assessment on top of the $230,000 restitution that he voluntarily agreed to pay.

THE COURT: All right. If you'll come to the podium, and I'll hear from you at this time.

MR. BARZEE: Your Honor, again, it's William Barzee, on behalf of Richard Emerich.

Your Honor, we're going to request a variance and a sentence of 76 months in this case. Seventy-six months would be six years and three months' incarceration. Mr. Emerich is

now 54 years old. That would bring him into his sixties.

We're asking for a significant variance for three primary reasons. The first is the extraordinary acceptance of responsibility that Mr. Emerich has shown in the case, the second are the unique history and characteristics of Mr. Emerich, and the third is a desire to avoid unwanted sentencing disparity.

And if I could go through each one of those separately.

The first is the extraordinary acceptance of responsibility. Your Honor, from the moment that the agents knocked on Mr. Emerich's door, he has done absolutely everything in his power to come clean, to confess and to assist the United States Government. The Government will concede that when the agents first came to his door with a search warrant, Mr. Emerich not only allowed them inside of the house, he gave them passwords to his computers, he sat down with them without the advice of counsel and gave them a full and complete confession not only of this offense, but of other issues, as well.

As soon as he got to Miami -- he was arrested up in Vermont, he lived in Vermont. When he got back to Miami, after the first meeting I had with him, we were discussing how he could make amends in this case.

The extraordinary offer of the $230,000 of

restitution, it's important for me to tell the Court, came from Richard Emerich. It was not my advice, and it was not restitution that was even at the time requested by the Government. I believe the Government will concede that it was Mr. Emerich who first brought forth the idea of paying a significant amount of restitution in this case.

We'll talk about the motivations behind that later, but there aren't a lot of cases that the Court is aware of where you have a defendant sitting in front of you who has already written a check made out for $230,000 that victims in the case will be able to access immediately. This isn't a promise of something in the future, it's something that's already been accomplished.

Your Honor, the second way that we can see extraordinary acceptance of responsibility in this case is, again, an objective fact. A check isn't something that we can just talk about, judge, I'm sorry I did this. A check is something that's tangible, it's objective.

The second objective manifestation of this extraordinary acceptance of responsibility was Mr. Emerich voluntarily going to the Government and suggesting possible cooperation in the case. Mr. Emerich has met with the government agents on this case on two different occasions, sat down with him at his computer, went through e-mails, in an attempt to target other individuals who may be in possession

of this type of pornography.

Now, the truth of the matter is that I've done enough of these cases, and the Assistant United States Attorney has certainly handled enough of them to know that there's not going to be a 5K1 as a result of that cooperation. The agents may be able to chase down some things, they may get some background, but nothing's going to come of it most likely, to be honest. What's important, though, is it's evidence of his extraordinary acceptance of responsibility.

So we have a payment of $230,000 in restitution immediately, we have his full and complete cooperation with the Government immediately, we have his desire to cooperate and assist them in the apprehension of other individuals immediately. And, finally -- and I believe that the Court didn't reference it, but you also have a report from Dr. Mary Haber.

THE COURT: I've read that.

MR. BARZEE: And she's present, Your Honor, if the Court has any questions. For the sake of time, I wasn't planning on calling her as a witness, but she's available if the Court wishes to hear from her.

But Dr. Haber opined in her report about the amount of insight and remorse that Mr. Emerich has displayed. And that's an opinion that's based on a lot of objective assessment tests that were conducted with Dr. Haber. It's not

just a feeling that she has, it's empirical evidence done through testing that establishes without a doubt that Mr. Emerich is somebody who has keen insight into his affairs, understands the gravity of the situation, accepts full responsibility, has an intense amount of shame over his behavior and a desire to get better in the future.

So I told the Court there were three reasons we were asking for a variance down to 76 months, and the first was that acceptance of responsibility, extraordinarily acceptance.

The second is the history and characteristics of Mr. Emerich. It is a truism, Your Honor, that hurt people, hurt people. It begins a cycle and a chain. And that's what happened with Mr. Emerich. When he was an 11-year-old boy, he was sexually molested, and the shame of that molestation did not allow him to come forward and to get the help that would have been available for him had he done so. Perhaps as a result of that not coming forward after that molestation, he had placed himself in a position to be victimized again. And a year later, when he was just a 12-year-old little boy in the Boy Scouts, he was viciously raped by a scout master. And I'm not going to go into the details of that rape, but it is fair to say -- and this isn't just my opinion, but this is fair to say from Dr. Haber's report that those incidences of sexual molestation and rape imprinted on Richard Emerich sexual dysfunction and sexual issues. And those issues went

unresolved unfortunately, and they ultimately manifested in the ways that we see in front of the Court today.

But it's important to know where the history is. Why did this happen to someone like Richard Emerich, who didn't wake up one morning and decide that he wanted to engage in this kind of activity? This is a demon that possessed him, in part, as a result of those sexual traumas that he suffered as an 11- and 12-year-old boy and that he lived with for 40 years.

Dr. Haber also mentions, and I'm sure the Court probably picked up on it in the letters from both his brother and sister, that there are family secrets. And to be honest with you, standing in front of you today, I don't know what all of those family secrets are, and I don't think Richard Emerich could even tell the Court right now what those family secrets are because he doesn't have a memory of them. However, reading between the lines of what the brother wrote and what the sister wrote, we can imagine that there was some level of dysfunction in Richard Emerich's early life that had some impact on his behavior as an adult.

But looking at his history and characteristics, you have a man who was badly broken in one area of his life and yet was able to make something of himself. And that's extraordinary. That tells us something about the man. He did not fall into drug abuse, he did not go into living on the

streets, he did not suffer in a way that some victims of sexual abuse suffered. He was able, in spite of those things, to make a life for himself. He went to school, he graduated from college, he became a scientist. He went to work in testing laboratories, where he would be in charge of answering questions from different scientists around the world on issues of water quality and water treatment, sewage plants. All he did in his career as a scientist was geared towards one thing, and that was keeping the public safe. And that was something that was very important to Richard Emerich. Safety was important to Richard Emerich. He was never safe. As a little boy, he never experienced what most of us experienced as a feeling of safety, a feeling of well being. And you can see that his career became about public safety as perhaps a way of him attempting to gain some type of safety over himself.

Aside from his work as a chemist, he did extraordinary, extraordinary volunteer work. I talked about the extraordinary acceptance of responsibility that we never see. We never see -- we rarely see the level of volunteer work that Richard Emerich did. He was a volunteer firefighter for 15 years. And that's not just somebody who rode around on a fire truck on the weekends. This is somebody who went through training, who became certified, who was a firefighter. He was a first responder. The only difference between a volunteer firefighter and a firefighter was that he didn't get

10

paid for it. He did it out of love. He did it for his love of community and because he had a burning desire deep down inside somewhere to do good, to be a good person, to be a better person.

His work as a first responder led him into dangerous situations. I don't want to equate it with somebody serving in the Armed Forces, but Richard Emerich ran into burning buildings, Your Honor. He pulled people, mangled bodies, out of cars. He saved people, and he did that day in and day out for 15 years, and it was a very significant part of his life. So that tells us something about the type of person that Richard Emerich was, a good person with demons that we can trace back to his childhood.

So, Your Honor, I said that there were three reasons why we're asking for a variance. The first was the extraordinary acceptance of responsibility, the $230,000 in restitution, the cooperation with the Government, the debriefings. The second were his characteristics and his history.

The third is a desire to avoid unwanted sentencing disparity. And I want to talk about that a little bit. I started researching other similar types of cases so I could talk to the Court.

And I'm sorry, Your Honor, give me one second.

The closest case that I could find to the facts of

this case in the Southern District of Florida ironically is a case that was before Your Honor, and that was United States of America versus William Kenneth Stewart back in 2011. And I understand that all cases are different. Obviously that case had different facts, but it is illustrative of a sentence in a case that's similar to this. And looking at the sentence that Mr. Stewart received, I would argue suggests a possible sentence for Mr. Emerich.

In Mr. Stuart's case, he had the same base offense level of Mr. Emerich. They both started off at level 22s. They both had five-level enhancements for receiving something of value. They both had two-level enhancements for use of computer.

Now, as a side note, all of these cases now have five levels for a thing of value, they all have two levels for computer use, and they all have five levels for over 600 images. So both Mr. Stewart and Mr. Emerich had the same guidelines going forward.

The difference is that Mr. Stewart also had a two-level increase for possessing photographs of prepubescent children, which Mr. Emerich did not. And Mr. Stewart had a four-level increase for possessing photographs of a sadomasochistic nature, which Mr. Emerich did not.

Mr. Emerich did have a five-level increase for engaging in a pattern of exploitation, because it was three

different victims that he was taking photos of, and Mr. Stewart did not. But they ended up at basically the same place. After pleading guilty, Mr. Stewart ended up with a level 37. After pleading guilty, Mr. Emerich ends up at a level 36. So Mr. Emerich ends up at a lower range than Mr. Stewart. He paid $230,000 in restitution, which Mr. Stewart did not. He cooperated with the Government, which Mr. Stewart did not. However, at the end of the day, the Court gave Mr. Stewart a variance of 60 percent and ended up issuing a sentence of 84 months in his case.

Like I said, every case is different, but I would argue to the Court that Mr. Emerich is actually in a better position than Mr. Stewart was. The biggest difference is Mr. Stewart had served in the Armed Forces and Mr. Emerich did not. However, I believe that the 15 years as a first responder is something that the Court could consider as service to the public.

A sentence of a 60-percent reduction in Mr. Emerich's case would bring him to a sentence of 76 months.

So on the issue of disparity, you have the case that was before Your Honor, William Stewart, where the Court granted a 60-percent variance.

Looking at it more broadly, I would suggest to the Court that the guidelines in these cases are difficult, Your Honor. They're difficult because, well, the United States

Congress says there's a minimum mandatory, that the Court must sentence to at least five years, and we're asking for a year and a half above that, above the minimum mandatory. But that's -- that's really the floor here is five years. The guidelines shoot up to 15 years as a result of some of these enhancements, and, frankly, guidelines that are not based on any empirical evidence whatsoever. And the United States Sentencing Commission has conceded that, that these were driven by policy -- by public policy concerns as opposed to empirical evidence.

As a result of that, these cases are treated much, much more harshly than other types of cases that are routinely before the Court, and I just want to give you an example.

Somebody convicted of second-degree murder, second-degree murder, taking a life, their guideline sentence is the same as the guideline sentence for Richard Emerich. Somebody convicted of aggravated assault with a deadly weapon has a much lower guideline range. Carjacking has a much lower guideline range. Importing over a hundred kilos of cocaine has a much lower guideline range. A $400 million fraud would have a lower guideline range than Mr. Emerich has in this case.

These are reasons why the Court might want to consider a significant variance, because the fact of the matter is, although Congress has told us the sentence must be

at least five years, the Sentencing Guidelines, without any empirical evidence whatsoever, has ballooned these sentences up to 15 years.

Your Honor, a few -- less than two hours ago, former Speak of the House, Dennis Hastert, was sentenced. The federal judge in that case called the former speaker, and I quote, "a serial child molester." He admitted to molesting five young boys under his care when he was a wrestling coach. He, then, spent the next decade and a half violating banking laws in order to hide that fact from the authorities, and the sentence he received was 15 months.

When we're looking at a sentence disparity, and you have someone who has molested five boys with 15 months and somebody who took photographs and possessed pornography facing 15 years, I would suggest to the Court that there's a disparity there that would be better avoided rather than embraced.

Your Honor, a sentence of 76 months would bring Mr. Emerich into his sixties, and I want to talk about why that's important. And it's important because, again, empirical evidence shows that when people get into their sixties, the risk of recidivism plummets. That is especially true in these types of cases. The evidence is that when someone gets into their sixties, not only overall does recidivism drop very, very low, but in these cases it drops

even more significantly. And why is that? We can assume, common sense tells us the older we become the less testosterone in the systems, sexual desire is different, sexual arousal becomes different.

Dr. Mary Haber's report, where she did seven or eight different tests on Mr. Emerich, showed that right now, today, as a 55-year-old, 54, 55-year-old, he's considered a low risk. What Dr. Haber said was once he hits 60, it becomes even lower of a risk. So the risk of recidivism once he's 60 years old is so significantly diminished, that we would argue to the Court that that might be a good idea of a cutoff. Keep him in prison until he hits 60 years old. That type of a sentence would be consistent with the type of sentence that William Stewart received, it would be a sentence that acknowledged the extraordinary acceptance of responsibility and payment of $230,000 in restitution, and it would reflect an understanding of why this happened based on his history and characteristics.

Your Honor, the sentencing goals in a case like this are basically deterrence, keeping the community safe and punishment. The Government will concede that the scientific evidence -- and we may not like it, but that the scientific evidence says that there is no deterrent effect in these types of cases, there just isn't. The demons that cause people to commit this type of offense are not put at bay as a result of

someone else somewhere else receiving a high sentence. There is no deterrent value.

That leaves us really two reasons to sentence in a case like this, keeping the community safe and punishment, and both of those are very, very valid reasons to put somebody in prison. But if we look at it, keeping the community safe, and we see that here's a man with a low risk of recidivism, knowing that scientifically once he hits 60 years old, whatever risk there is is much further diminished as a result of lack of testosterone and his age, I would suggest that we move on to the next area, and that is punishment. Is locking somebody up for six years sufficient punishment, or for six and a half years, sufficient punishment? I would suggest to the Court that it is. It was in Mr. William Stewart's case, and it would be in this case.

I also want the Court to be aware of the fact that six years is a different experience for different people. A young, strong, 25-year-old buck, six years is one thing. Somebody like Richard Emerich, six years is something entirely different.

Even now, in his pretrial experience, he's run into problems at the jail. Four or five days ago, he was assaulted by an inmate who sexually threatened him with a rape. These are going to be difficult times for someone like Richard Emerich, and I would ask the Court to consider that six years

is not the same sentence for everybody. For me it would mean one thing, for the prosecutor it would mean something else, for Richard Emerich it would mean something entirely different.

Your Honor, for the reasons I've set forth, the $230,000 payment, the need to avoid sentencing disparity, and the unique history and characteristics in this case, the amount of remorse that Mr. Emerich has shown, we would ask the Court for a variance of 60 percent and a sentence of 76 months.

Your Honor, Mr. Emerich would like to address the Court.

THE COURT: I'll hear from him at this time.

MR. BARZEE: Should he speak there or come to the podium?

THE COURT: If he would come to the podium, I'll appreciate it.

THE DEFENDANT: Thank you for the opportunity to address the Court, Your Honor.

MR. BARZEE: I'm sorry for interrupting. I just want to let the Court know he wrote this down because he was afraid that --

THE COURT: That's all right.

MR. BARZEE: Thank you.

THE DEFENDANT: Before I say anything else, I want

to apologize to the three boys I took inappropriate photos of. I offer each one of them and you my profound and sincere apology. I took advantage of each of them. There is no excuse for the injury I caused, and I regret my actions for the rest of my life.

I, perhaps more than anyone, know what it's like to be taken advantage of, and it saddens me greatly to know that my actions have caused them pain. It saddens me greatly to know that my actions will likely continue to cause them pain for some time to come.

I know that because of what happened to me when I was 11 years old, as Mr. Barzee stated, I was sexually molested by an older boy at summer camp, I was so ashamed that I didn't tell anyone about it ever. The truth is that I really hated myself. I was fat, I had pimples, I didn't really have any friends. When that older boy came to my tint that night, I remember thinking that maybe we could be friends. I was kind of stupid over it. Now I realize that I was an easy mark. I was taken advantage of. And then 40 years later, I took advantage of the others.

The next year it happened again to me. This time I was raped by an adult Boy Scout counselor. Your Honor, I realize that part of me died that warm summer night. I lost more than just my innocence, I lost really part of my soul. The psychologist says that my development became arrested, and

that part of me got stuck at 12 or 13 years old. I'm not sure of any of that, but I know that deep down I blamed myself and continue to do so. Then I was only 12 years old.

The sexual abuse that I suffered went hand in hand with the constant bullying I received at school and in my neighborhood. The kids called me names, physically tormented me. They terrorized me every chance that they had. I really lived in a state of constant fear. My only escape was playing fantasy games on the Internet. I learned that on the Internet I could be whoever I wanted to be. Fantasy games became one of my favorite refuges.

My second favorite escape from the pain was my schoolwork. Thankfully, God has given me a difficult life, but he also gave me some wonderful gifts. I realized early on that I was blessed with above average intelligence. I graduated high school and went on to college, where I received a bachelor's of science degree. I was blessed to find work with a laboratory, which Mr. Barzee mentioned, where I tested water samples and environmental samples, as well. I answered people's questions. I helped people, and I was really proud of the fact that my work kept people safe.

My experiences as a young boy made the idea of safety very important to me. After what happened, I never really felt safe. Being able to help others feel safe, though, did give me a level of comfort. And so I worked all

day and would spend my evenings playing video games online.

Your Honor, I'm 50 years -- 54 years old, and I'm really tired. I've been living with these demons for too long. When the agents came to my door on November 3rd of last year, I felt an overwhelming sense of relief. I knew that it was over. The hiding, the lies to myself, the secrets, all of it was done. Finally the truth is out, and there was no denying that I was damaged.

I honestly can say I need help, but more importantly, I want help. I don't want to live like this anymore. I can't live like this anymore. It's been a difficult 40-some years since I was raped by that scout master, and it took me 40 years to understand how devastating that actually was to me. When I first met Mr. Barzee, I told him right away that I wanted to plead guilty. I told him that it was time for me to get honest with myself and everybody around me.

Mr. Barzee asked me about the three boys I photographed, and I realized they were just as confused and lost as I was when I was their age. It was at that point that Mr. Barzee and I discussed how therapy might help me after what had happened to me. When Mr. Barzee made the comment, I realized that I had an obligation to make amends to those boys in any way I could. I told Mr. Barzee that I wanted to offer to pay for therapy in order to try and make amends for my

actions. I didn't want them to suffer the next 40 years the way that I had.

Your Honor, I know from the bottom of my heart that I've got something left to contribute to society. Despite my difficulties in my life, I have been able to help others. My 15 years as a volunteer firefighter were really the proudest of my life. I was proud because I knew I was doing good. Even if I didn't really like myself very much, I knew that I was still able to help others. In those 15 years, I literally was on hundreds of calls. I've scraped body parts off the pavement, responding to deadly car accidents, I've used the Jaws of Life to get mangled bodies out of cars, I've run into houses that were on fire looking for survivers, and unfortunately recovering the dead. My volunteer work as a first responder has made my life, and even with the difficulties I've had, really worth living.

I know that you have no choice but to sentence me to at least five years in prison. I realize by the time that I get out I'll be too old to do that type of work again, and given these charges, I realize that I never would be permitted to put on a uniform again, but I can still help.

For two years I was an active volunteer doing Meals on Wheels with First Church of Christ Scientist in my hometown. My mother and I would drive around our town delivering hot meals to elderly shut-ins. I remember the

smiles that would greet us when we would walk through somebody's door. I now realize that it really wasn't the food that they were so happy about, but it was the connection with another human being.

If I'm given the chance, I pledge to you that I will spend the rest of my days helping others. I will be of service. I will live my life with a sense of purpose. But I know that I'm going to need some help. Dr. Haber and Mr. Barzee have both told me that it's going to be years of therapy to heal my wounds, and I understand that. I honestly pledge to you today to spend every day behind bars doing everything and anything I can to heal those things that have happened in my past.

Your Honor, I greatly thank you for the opportunity to speak to you today and thank you for the opportunity to break this horrible cycle of abuse.

Thank you.

THE COURT: Thank you.

I'll hear from the Government at this time.

MR. WIDLANSKI: Thank you, Your Honor.

Your Honor, these are the hardest cases that I do. I'm sure they're some of the hardest cases that Your Honor hears. Fashioning sentences in these cases is a very difficult task.

If Your Honor would permit me, I'm going to address

each of Mr. Barzee's points, but before I do, the Government is asking for the bottom of the guideline sentence, which is 188 months. We believe that that is an appropriate sentence in this case.

As far as Mr. Emerich's extraordinary acceptance that Mr. Barzee spoke of, it's certainly true that this was an uncommon level of acceptance in a case like this. It's rare to see a child pornography defendant with the assets to make the level of restitution that Mr. Emerich is making. So in that sense, it's certainly true that this is extraordinary. However, he has already received certain benefits as a result of that extraordinary acceptance. He was allowed by the Government, by Your Honor, to plead guilty to the distribution count contained in the indictment, and the Government did not proceed on the production of child pornography count, which would obviously have carried a much more significant sentence, including a larger mandatory minimum and a higher statutory maximum. So he has already received a benefit in this case.

Now, as far as the money, it's certainly true that the significant level of restitution will hopefully provide some level of comfort to the victims in this case; it's possible. But as Your Honor well knows, money cannot buy back innocence. Money cannot repair harm of this nature. Maybe it can put a Band-Aid on a wound, but it can't surgically repair the wound completely. While it is an extraordinary acceptance

of responsibility, and we appreciate -- the Government and I'm sure the victims appreciate Mr. Emerich's acceptance thereof, it doesn't wash away the wrong.

As far as his cooperation, if it does yield anything, as Mr. Barzee mentioned, then he is potentially in line for a Rule 35. But he shouldn't get the credit for that now, because nothing has come of it yet.

I do wish him well. I wish Mr. Emerich well. I hope that he is able to become a functioning member of society again. I hope that he's able to get the help he needs while he is in prison. Just as I wish no ill to anyone, I do not wish ill towards him now. But that doesn't change the fact that he hurt people. He stole innocence from people. Just as he, himself, stood up here and told you that his innocence was stolen, he stole innocence from others. And just because he accepted the responsibility, just because he has made this extraordinary acceptance, in Mr. Barzee's words, it doesn't wash away the wrong. It doesn't mean that we can forget about the harm done.

So let's talk about the harm done, Your Honor. Let's talk about the victims in this case, because I don't think we really heard about the victims from Mr. Barzee.

Mr. Emerich was a professional photographer. He took thousands, possibly millions of images of children, many of which, most of which probably were legal, completely legal.

He only took pornographic images of children that he thought he could prey upon. He knew who he shouldn't approach. He knew who not to ask, can I take pictures of you naked, he knew, and he only asked the kids that he believed would be willing to do so. He preyed on the weaker ones, the ones who maybe didn't have the family structure or support that some of the other kids had, the kids who came to the sessions by themselves because their parents were too busy, or they were off doing something else, or maybe the parents were taking the money from the kids themselves, the very money that Mr. Emerich was paying them.

Your Honor, one of those children is here today in the audience. He came for no particular reason other than he wanted to be here on this day. I'm not going to identify him by his name out of privacy concerns, Your Honor, and he does not wish to address the Court, but I would ask him to stand up at this moment. That is a young man, Your Honor, whose innocence is gone, and no amount of money, no amount of contrition can repair that harm.

As far as the unwanted sentencing disparity, I'm not familiar with the Stewart case, Your Honor, so I can't speak specifics, but I can say that this is not a normal case. In my time, I have not seen any cases like it. That doesn't mean it's necessarily worse than every other case. There are certainly cases that are more egregious. But this is unique.

It's unique because of the position that Mr. Emerich was in, the way he exploited the children he exploited, the way he preyed upon the trust that he developed.

When speaking to some of the families, Your Honor, some of the families whose children Mr. Emerich photographed legally or illegally, they all said the same thing, which was that they trusted Rick, they trusted Rick. He used that trust, he preyed upon it, and as a result, we're here today.

This is not a peer-to-peer file sharing case, Your Honor. This is not the run of the mill mine-run case, where the guidelines may or may not be out of whack with reality. This is a case, Your Honor, where there was active victimization of minors.

And the reason, one of the reason many reasons, that Congress has established these guidelines that put the sentences in the same realm as murder, and assault, carjacking, is because you can't just victimize a child once when you take these images. They're victimized over, and over, and over again. Every single time an image is viewed, they are victimized again. Every time they're shared, distributed, they're victimized again and again. The sad truth about the Internet, Your Honor, is that once these images are on the Internet, once they're out there, there's no getting them back. They are out there to stay.

The United States certainly appreciates

Mr. Emerich's contrition. The United States appreciates his extraordinary acceptance and the restitution that he is willing to give, but, Your Honor, no money in all the world could get the images back once they're on the Internet. Those images are out there. Mr. Emerich is the reason they're out there, and those children are always going to be victimized, and it's never going to stop. Ten years, 20 years, 30 years from now, those images can pop up during a job interview or an Internet search. There's no telling what they -- where they may be or what might happen.

With respect to the 3553(a) factors, Your Honor, I would like to focus on the need to promote respect for the law and on the need to recognize the seriousness of this offense. Those are the two factors, in my opinion, Your Honor, that really are victim-centered factors of 3553(a), as opposed to the other factors, which are offender-centered factors. And we need to focus the victims in this case, because this is not a situation where there are nameless victims. This is not a situation where the offender never contacted them, never knew them, where they were just sending images back and forth across the web or through the mail.

This is a situation, Richard Emerich, knowing as he did it that it was wrong, took pornographic images of children who trusted him. If that's all he had done, it would be wrong. If that was the only thing he ever did, it would have

been wrong, would have been a crime, but that's not all he did. He sent them to another person. Now, as it turned out, that other person was working with the Government, but Mr. Emerich didn't know that. And if he sent it to that other person, he could have easily sent it to anybody else.

Your Honor, Dennis Hastert's crime was capped at five years. It's not a good comparison. Those victims, they were victimized years and years and years ago. The statute of limitation surely was passed. Here, these crimes were happening up until Mr. Emerich was arrested. He was committing these offenses in past calendar year, and the victims are still with us. One of them is physically with us today.

Justice for these victims, the victims in our case, means that a sentence at the bottom of the guidelines -- not at the high end of the guidelines, not an upward variance, but at the bottom of the guidelines, at 188 months, is the appropriate sentence and no more than necessary to promote respect for the law, to take into account the seriousness of the offense, and to secure the justice for the victims for the crimes committed.

Thank you, Your Honor.

THE COURT: I have a few questions.

MR. WIDLANSKI: Yes, sir.

THE COURT: I know in cases like this you kinda talk

around things, but we're only talk about photographing, we're not talking about physical contact; is that correct?

MR. WIDLANSKI: With these three victims, that is correct, Your Honor. Although Mr. Emerich did admit during the post-Miranda interview to having physical contact with a minor boy, physical sexual contact with a minor boy, I believe 14 years ago.

MR. BARZEE: Fifteen.

MR. WIDLANSKI: Fifteen years ago prior to the offense.

THE COURT: That gets to my second question.

The victims we're talking about here, if I read the report correctly, range from 13 to 16; is that correct?

MR. WIDLANSKI: At the time of their first imaging? The images -- so the pattern of misconduct occurred, Your Honor, so they would be -- they were photographed multiple times over the course of years. I believe the youngest one was first photographed by Mr. Emerich when he was 11 or 12, but he wasn't photographed nude until he was 14 or 15.

And Mr. Barzee can correct me if I'm wrong.

MR. BARZEE: Fifteen years old, Your Honor.

MR. WIDLANSKI: And then he was photographed when he was 15, when he was 16.

THE COURT: The other question I had, no names are put on these pictures that are sent out, right?

MR. WIDLANSKI: Well, in the way it was sent to the cooperating defendant, the individual working with the Government, it was in a thumb drive, and the thumb drive had folders with the images contained therein, and each folder was named, was captioned with the first name of --

THE COURT: The real first name?

MR. WIDLANSKI: Of the real individual.

THE COURT: But not the last name, right?

MR. WIDLANSKI: I don't believe the real last name, no, Your Honor.

MR. BARZEE: No, Your Honor.

THE COURT: All right. Those are the only questions I had.

MR. WIDLANSKI: Thank you, Your Honor.

THE COURT: I certainly agree with what you say, that these are difficult cases. There's been quite a lot of discussion among judges in recent years saying these sentencing in these types of cases, the guidelines are way out of line, and judges are refusing to enforce them. It doesn't make good politics for the legislature to ease up on these things, so they don't, and the only ones who can do so are the ones who see the final effect, like judges like myself and many others, who say that this is -- this is pretty much out of line.

The -- I read with interest the tortured childhood

the defendant had, and other children can be very cruel, which contributes certainly to many problems that people have in life. I would think that more recently there would be more tolerance to this, as there is a lot of tolerance to, say, gay marriage and other things of that nature. Is it seems like his family could not cope with this. I'm not talking about brother and sister, but I'm talking about mother and father, and which certainly aggravated the situation.

And to some degree, this is certainly a question of mental health rather than pure criminal activity, although certainly it is criminal, but mental health is a big issue. It often is a quandary for the Court to say that some person is going to be more rehabilitated by a longer term than a shorter term. Who has that magic knowledge? I don't know anybody does. We do have Congress saying there's a mandatory minimum of five years.

I think the age of the defendant indicates to me that recidivism would not occur. He has been successful academically in other areas, and I think he has a lot to offer the community with his education, with his volunteerism. He's been successful monetarily, I see, and I do think he deserves recognition for his exceptional acceptance of responsibility. I don't think the community is going to be safer or this sentence will deter anybody who is struggling with these same demons and hasn't -- hasn't resolved it.

Do I remember the Stewart case? No, I can't say I remember the Stewart case. I've had a great number of these, and they just kind of blend into the -- into the background. But these are always troubling cases, and -- but I do recall one time where one male was the defendant, and he was the -- the victims were here in court with their mothers, and as soon as the sentence was announced, the mothers embraced each other, realizing that both of their sons were victims in a way. They both had serious problems.

So the length of sentence I don't think is going to send a message to society. I don't think it's going to act as a deterrence to society. I don't think, as punishment, it's going to make the defendant more eager to seek help and to seek rehabilitation. So I am going to depart from the guideline, and I think that the suggestion by defense counsel is more than adequate under these circumstances. So I'm going to follow that.

This Court has considered the statements of all parties and the presentence report, which contains the advisory guidelines and the statutory factors as set forth in Title 18, United States Code, Section 3553(a). The Court has considered these factors as previously announced, and the Court will depart from the guideline range.

In addition to the mandatory restitution, the Court will have a special assessment pursuant to Title 18, United

States Code, Section 3014(a)(3).

It is the judgment of the Court that the defendant, Richard William Emerich, is committed to the Bureau of Prisons to be imprisoned for 76 months as to count 2.

It is further ordered the defendant shall pay restitution in the amount of $230,000, which I understand the check is already written.

During the period of incarceration -- well, I don't have to refer to that, because he won't have to make payments during that period of time.

The Government acknowledges the payment, right?

MR. WIDLANSKI: Your Honor, I don't believe it's actually been physically handed to the clerk's office, but I've seen the check.

THE COURT: All right. Well, I'm going to ignore the periodic payments while incarcerated.

It is further ordered the defendant pay the United States a total fine of $50,000.

The restitution and fine are payable to the Clerk, United States Courts, attention the clerk's office, Attention Financial Section, 400 North Miami Avenue, Room 8N09, Miami, Florida.

The restitution and fine are payable immediately.

The restitution will be forwarded to the Clerk of Court, to the victims on the attached list.

34

U.S. Bureau of Prisons, U.S. Probation Office, U.S. Attorney's Office are responsible for the enforcement of this order.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 15 years.

Within 72 hours of release, the defendant shall report in person to the probation office in the district where released.

While on supervised release, the defendant shall not commit any crimes, shall be prohibited from possessing a firearm or other dangerous device, shall not possess a controlled substance, shall cooperate in the collection of DNA, and shall comply with the standard conditions of supervised release, including the following special conditions:

The defendant shall submit to the U.S. probation officer conducting periodic unannounced examinations of the defendant's computer equipment, which may include retrieval and copying of all data from the computer and any internal or external peripherals to ensure compliance with this condition, and or removal of such equipment for the purpose of conducting a more thorough inspection, and to have installed on defendant's computers at the defendant's expense any hardware or software systems to monitor defendant's computer use.

The defendant shall not possess or use any data

encryption technique or program.

The defendant shall not possess or use a computer that contains an internal, external or wireless modem without the prior approval of the Court.

Defendant shall permit third party disclosure to any employer, or potential employer, concerning any computer-related restrictions that are imposed upon the defendant.

The defendant shall have no personal mail, telephone or computer contact with children and/or minors under the age of 18, or with the victims.

The defendant shall not be involved in any children's or youth organization.

The defendant shall participate in a sex offender treatment program, to include psychological testing and polygraph examination. Participation may include inpatient and/or outpatient treatment, if deemed necessary by the treatment provider. The defendant will contribute to the cost of services rendered based upon ability to pay or availability of third party payment.

The defendant shall not buy, sell, exchange, possess, trade or produce visual depictions of minors or adults engaged in sexually explicit conduct.

The defendant shall not correspond or communicate in person, by mail, telephone or computer with individuals or companies offering to buy, sell, trade, exchange or produce

visual depictions of minors and adults engaged in sexually explicit conduct.

The defendant shall submit to the U.S. probation officer conducting periodic unannounced searches of defendant's person, property, house, residence, vehicles, papers, computers or other electronic communication or data storage devices or media, including retrieval and copying of all data from the computers and any internal or external peripherals and effects at any time, with or without warrant, or by any law enforcement or probation officer with reasonable suspicion concerning unlawful conduct or a violation of the condition of probation or supervised release. The search may include the retrieval and copying of all data from the computers and any internal or external peripherals, to ensure compliance with other supervision conditions and/or removal of such equipment for the purpose of conducting more thorough inspection, and have installed on defendant's computers at defendant's expense any hardware or software systems to monitor the defendant's computer use.

The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act, Title 42, United States Code, Section 16901, and following, as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense.

The defendant shall submit to a search of his person or property, conducted in a reasonable manner, at reasonable times by the U.S. probation officer.

I'm further going to order that before the defendant is permanently assigned, that he be evaluated at Butner, in North Carolina, and specifically require the psychosexual report that has been prepared in this case be sent to Butner also to help them determine a program while incarcerated for the defendant and to find a proper location in a suitable area for confinement by the Bureau of Prisons for this defendant.

It's further ordered the defendant shall pay immediately to the United States a special assessment of $100 and an additional special assessment of $5000.

Now that sentence has been imposed, does defendant or his counsel object to the Court's finding of fact or the manner in which the sentence was pronounced?

MR. BARZEE: No objections, Your Honor.

I have two requests.

THE COURT: All right.

MR. BARZEE: The first is you ordered that the payment of the $50,000 fine be paid immediately. Could we have one week to make that payment?

THE COURT: Certainly.

MR. BARZEE: And the second is, Your Honor, we did some research into the sex offender programs that are offered

at the Bureau of Prisons. There's actually nine locations now in the Bureau of Prisons that have the sexual offender treatment programs. One of them is at the federal medical center in Devens, D-e-v-e-n-s, which is in Massachusetts, which would be close to where Mr. Emerich's sister resides.

Could we ask the Court to consider a recommendation to the federal medical center at Devens?

THE COURT: I'll make that recommendation, on the condition that, if all things are equal, that would be a preferable place. But at Butner they may decide that some other facility might have a better program or might be a better place for the confinement period.

MR. BARZEE: Understood, Your Honor. Thank you.

THE COURT: Anything further from anyone?

MR. WIDLANSKI: Yes, Your Honor. A couple of issues.

The first is as relates to forfeiture. There were dozens and dozens and dozens of hard drives and photography equipment that was seized during the execution of the search warrant. In the plea agreement, the defendant has agreed to not contest forfeiture.

THE COURT: You'll do that by separate --

MR. WIDLANSKI: Yes, Your Honor. And it's a list that's contained in the evidence custodian logs that are -- were created as part of the search warrant.

The second issue, Your Honor, is that the Government does object to the downward variance.

THE COURT: All right. Thank you.

PROBATION OFFICER: Your Honor, I'm sorry to interrupt.

Out of an abundance of caution, as the defendant has made an agreement in the plea agreement to pay the $80,000 made payable to the Domestic Trafficking Victims Fund, I spoke with the clerk's office in attempt to allow this process to be paid smoothly. Specifically, they asked if Your Honor could at least have on the record and on the judgment that restitution be in the amount of $150,000 and $80,000 --

THE COURT: To the victims and $80,000 to the fund?

PROBATION OFFICER: Yes, Your Honor, to that specific fund.

THE COURT: All right. We can do that.

PROBATION OFFICER: Thank you.

THE COURT: All right. Thank you. Court will be in recess.

MR. WIDLANSKI: Thank you, Your Honor.

(Proceedings concluded.)

* * * * *

* * * * *

I N D E X

Court's Imposition of Sentence 3

* * * * *

E X H I B I T S

(None.)

* * * * *

CERTIFICATE

I, Stephen W. Franklin, Registered Merit Reporter, and Certified Realtime Reporter, certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

Dated this 29th day of APRIL, 2016.

/s/Stephen W. Franklin

Stephen W. Franklin, RMR, CRR

**MR. BARZEE: [15]** 2/8 2/15 3/14 3/20 6/17 17/13 17/19 17/23 29/7 29/20 30/10 37/16 37/19 37/23 38/12
**MR. WIDLANSKI: [20]** 2/2 2/6 2/18 3/2 3/6 3/10 22/19 28/23 29/2 29/8 29/13 29/21 29/25 30/6 30/8 30/13 33/11 38/14 38/22 39/19
**PROBATION OFFICER: [3]** 39/3 39/13 39/16
**THE COURT: [31]** 2/1 2/3 2/10 2/16 3/1 3/4 3/9 3/18 6/16 17/12 17/15 17/22 22/17 28/22 28/24 29/10 29/23 30/5 30/7 30/11 30/14 33/14 37/18 37/22 38/7 38/13 38/21 39/2 39/12 39/15 39/17
**THE DEFENDANT: [2]** 17/17 17/24

**$**

**$100 [1]** 37/12
**$150,000 [1]** 39/12
**$230,000 [9]** 3/17 4/25 5/10 6/10 10/16 12/6 15/16 17/6 33/6
**$400 [1]** 13/20
**$400 million [1]** 13/20
**$50,000 [2]** 33/18 37/21
**$5000 [5]** 2/24 3/3 3/13 3/17 37/13
**$80,000 [4]** 3/6 39/7 39/12 39/13

**-**

**-v [1]** 1/5

**/**

**/s/Stephen [1]** 40/16

**1**

**11 [3]** 8/8 18/12 29/18
**11-year-old [1]** 7/13
**12 [3]** 19/1 19/3 29/18
**12-year-old [2]** 7/19 8/8
**13 [2]** 19/1 29/13
**14 [2]** 29/7 29/19
**15 [13]** 9/21 10/10 12/15 13/5 14/3 14/11 14/13 14/15 21/6 21/9 29/19 29/23 34/5
**15-80212-CR-KLR [1]** 1/2
**16 [2]** 29/13 29/23
**16901 [1]** 36/22
**18 [3]** 32/21 32/25 35/10
**188 [2]** 23/3 28/17

**2**

**20 [1]** 27/7
**2011 [1]** 11/3
**2016 [2]** 1/8 40/14
**22s [1]** 11/10
**25-year-old [1]** 16/18
**27 [1]** 1/8
**29th [1]** 40/14

**3**

**30 [1]** 27/7
**3014 [1]** 33/1
**33128 [1]** 1/20
**33132 [1]** 1/17
**33401 [1]** 1/22
**35 [1]** 24/6
**3553 [3]** 27/11 27/15 32/21
**36 [1]** 12/5
**37 [1]** 12/4
**3768 [1]** 1/21
**3rd [1]** 20/4

**4**

**40 [5]** 1/19 8/8 18/19 20/13 21/1
**40-some [1]** 20/12
**400 [1]** 33/21
**42 [1]** 36/21
**4th [1]** 1/16

**5**

**50 [1]** 20/2
**514-3768 [1]** 1/21
**54 [3]** 4/1 15/7 20/2
**55-year-old [2]** 15/7 15/7
**561 [1]** 1/21
**5K1 [1]** 6/5

**6**

**60 [4]** 15/8 15/9 15/12 16/8
**60 percent [2]** 12/9 17/9
**60-percent [2]** 12/18 12/22
**600 [1]** 11/16
**6th [1]** 1/16

**7**

**701 [1]** 1/22
**72 [1]** 34/6
**76 [6]** 3/24 7/8 12/19 14/18 17/9 33/4

**8**

**84 [1]** 12/10
**8N09 [1]** 33/21

**9**

**99 [1]** 1/16

**A**

**ability [1]** 35/18
**able [9]** 5/11 6/6 8/23 9/2 19/24 21/5 21/9 24/9 24/10
**above [4]** 13/3 13/3 19/15 40/13
**above-entitled [1]** 40/13
**absolutely [1]** 4/12
**abundance [1]** 39/6
**abuse [4]** 8/25 9/2 19/4 22/16
**academically [1]** 31/19
**acceptance [18]** 4/3 4/10 5/15 5/20 6/9 7/9 7/9 9/18 10/16 15/15 23/5 23/7 23/12 23/25 24/2 24/17 27/2 31/22
**accepted [1]** 24/16
**accepts [1]** 7/4
**access [1]** 5/11
**accidents [1]** 21/11
**accomplished [1]** 5/13
**account [1]** 28/19
**acknowledged [1]** 15/15
**acknowledges [1]** 33/11
**across [1]** 27/21
**act [4]** 2/25 3/1 32/11 36/21
**actions [4]** 18/4 18/8 18/9 21/1
**active [2]** 21/22 26/12
**activity [2]** 8/6 31/10
**actually [4]** 12/12 20/14 33/13 38/1
**addendum [1]** 3/9
**addition [1]** 32/24
**additional [1]** 37/13
**address [4]** 17/11 17/19 22/25 25/16
**adequate [1]** 32/16
**admit [1]** 29/4
**admitted [1]** 14/7
**adult [2]** 8/20 18/22
**adults [2]** 35/22 36/1
**advantage [4]** 18/3 18/7 18/19 18/20
**advice [2]** 4/18 5/2
**advisory [1]** 32/20
**affairs [1]** 7/3
**afraid [1]** 17/22
**after [6]** 4/23 7/17 12/3 12/4 19/23 20/21
**afternoon [2]** 2/7 2/9
**again [12]** 3/21 5/16 7/18 14/20 18/21 21/19 21/21 24/10 26/19 26/20 26/21 26/21
**age [4]** 16/10 20/20 31/17 35/9
**agency [1]** 36/24
**agents [5]** 4/11 4/15 5/23 6/6 20/4
**aggravated [2]** 13/17 31/8
**ago [5]** 14/4 16/22 28/8 29/7 29/9
**agree [1]** 30/15
**agreed [2]** 3/18 38/20
**agreement [4]** 2/23 38/20 39/7 39/7
**Aid [1]** 23/24
**allow [2]** 7/15 39/9
**allowed [2]** 4/16 23/12
**already [5]** 5/10 5/13 23/11 23/18 33/7
**also [6]** 6/15 8/10 11/19 16/16 19/14 37/8
**although [3]** 13/25 29/4 31/10
**always [2]** 27/6 32/4
**am [1]** 32/14
**amends [3]** 4/24 20/23 20/25
**AMERICA [2]** 1/3 11/3
**among [1]** 30/17
**amount [8]** 5/6 6/22 7/5 17/8 25/18 25/18 33/6 39/12
**and/or [3]** 35/9 35/16 36/15
**announced [2]** 32/7 32/22
**another [2]** 22/4 28/2
**answered [1]** 19/19
**answering [1]** 9/5
**any [20]** 6/19 13/7 14/1 18/16 19/2 20/24 25/23 34/10 34/19 34/23 34/25 35/5 35/6 35/11 36/8 36/9 36/10 36/14 36/18 36/23
**anybody [3]** 28/5 31/15 31/24
**anymore [2]** 20/11 20/11
**anyone [4]** 18/6 18/14 24/11 38/14
**anything [4]** 17/25 22/12 24/5 38/14
**aol.com [1]** 1/23
**apologize [1]** 18/1
**apology [1]** 18/3
**appearances [2]** 1/14 2/6
**appreciate [3]** 17/17 24/1 24/2
**appreciates [2]** 26/25 27/1
**apprehension [1]** 6/13
**approach [1]** 25/2
**appropriate [2]** 23/3 28/18
**approval [1]** 35/4
**April [2]** 1/8 40/14
**area [3]** 8/22 16/11 37/9
**areas [1]** 31/19
**aren't [1]** 5/8
**argue [3]** 11/7 12/12 15/10
**argument [1]** 2/20
**Armed [2]** 10/7 12/14
**around [5]** 9/6 9/21 20/17 21/24 29/1
**arousal [1]** 15/4
**arrested [3]** 4/21 18/25 28/10
**ashamed [1]** 18/13
**Aside [1]** 9/16
**ask [5]** 16/25 17/8 25/3 25/16 38/6
**asked [3]** 20/18 25/4 39/10
**asking [5]** 4/2 7/8 10/15 13/2 23/2
**assault [2]** 13/17 26/16
**assaulted [1]** 16/22
**assessment [7]** 2/24 3/7 3/17 6/25 32/25 37/12 37/13
**assets [1]** 23/8
**assigned [1]** 37/5
**assist [2]** 4/14 6/13
**Assistant [1]** 6/3
**assume [1]** 15/1
**attached [1]** 33/25
**attempt [2]** 5/25 39/9
**attempting [1]** 9/15
**attention [2]** 33/20 33/20
**Attorney [1]** 6/4
**Attorney's [2]** 1/15 34/2
**audience [1]** 25/13
**AUSA [1]** 1/15
**authorities [1]** 14/10
**availability [1]** 35/18
**available [2]** 6/20 7/16
**Avenue [1]** 33/21
**average [1]** 19/15
**avoid [3]** 4/6 10/20 17/6
**avoided [1]** 14/16
**aware [2]** 5/8 16/16
**away [3]** 20/15 24/3 24/18

**B**

**bachelor's [1]** 19/17
**back [7]** 4/22 10/13 11/3 23/22 26/24 27/4 27/20
**background [2]** 6/7 32/3
**badly [1]** 8/22
**ballooned [1]** 14/2
**Band [1]** 23/24
**Band-Aid [1]** 23/24
**banking [1]** 14/9
**bars [1]** 22/11
**Barzee [15]** 1/18 2/10 3/21 18/12 19/18 20/14 20/18 20/21 20/22 20/24 22/9 23/6 24/5 24/22 29/20
**Barzee's [2]** 23/1 24/17
**base [1]** 11/9
**based [4]** 6/24 13/6 15/17 35/18
**basically [2]** 12/2 15/20
**bay [1]** 15/25
**Beach [2]** 1/7 1/22
**became [5]** 9/4 9/14 9/23 18/25 19/10
**because [18]** 8/16 10/2 11/25 12/25 13/24 14/20 17/21 18/11 21/7 24/7 24/15 24/16 24/21 25/8 26/1 26/17 27/17 33/9

**B**

**become [2]** 15/2 24/9
**becomes [2]** 15/4 15/8
**before [8]** 1/11 2/19 11/2 12/21 13/13 17/25 23/1 37/4
**begins [1]** 7/12
**behalf [3]** 2/8 2/10 3/22
**behavior [2]** 7/6 8/20
**behind [2]** 5/7 22/11
**being [3]** 9/13 19/24 22/4
**believe [8]** 5/4 6/14 12/15 23/3 29/6 29/17 30/9 33/12
**believed [1]** 25/4
**Ben [1]** 2/7
**benefit [1]** 23/18
**benefits [1]** 23/11
**Benjamin [1]** 1/15
**better [6]** 7/6 10/4 12/12 14/16 38/11 38/12
**between [2]** 8/17 9/24
**big [1]** 31/11
**biggest [1]** 12/13
**bit [1]** 10/21
**blamed [1]** 19/2
**blend [1]** 32/3
**blessed [2]** 19/15 19/17
**bodies [2]** 10/8 21/12
**body [1]** 21/10
**both [9]** 8/11 11/10 11/11 11/12 11/17 16/5 22/9 32/8 32/9
**bottom [4]** 21/3 23/2 28/15 28/17
**boy [11]** 7/13 7/19 7/20 8/8 9/12 18/13 18/16 18/22 19/22 29/6 29/6
**boys [5]** 14/8 14/13 18/1 20/18 20/23
**break [1]** 22/16
**bring [3]** 4/1 12/19 14/18
**broadly [1]** 12/23
**broken [1]** 8/22
**brother [3]** 8/11 8/17 31/7
**brought [1]** 5/5
**buck [1]** 16/18
**buildings [1]** 10/8
**bullying [1]** 19/5
**Bureau [6]** 33/3 34/1 36/23 37/10 38/1 38/2
**burning [2]** 10/2 10/7
**busy [1]** 25/8
**Butner [3]** 37/5 37/7 38/10
**buy [3]** 23/22 35/20 35/25

**C**

**calendar [1]** 28/11
**called [2]** 14/6 19/6
**calling [1]** 6/20
**calls [1]** 21/10
**came [6]** 4/15 5/1 18/16 20/4 25/7 25/13
**camp [1]** 18/13
**can't [5]** 20/11 23/24 25/21 26/17 32/1
**cannot [2]** 23/22 23/23
**capped [1]** 28/6
**captioned [1]** 30/5
**car [1]** 21/11
**care [1]** 14/8
**career [2]** 9/8 9/14
**carjacking [2]** 13/18 26/17
**Carolina [1]** 37/6
**carried [1]** 23/16
**cars [2]** 10/9 21/12
**case [44]**
**cases [20]** 5/8 6/3 10/22 11/4 11/14 12/24 13/11 13/12 14/23 14/25 15/24 22/21 22/22 22/23 25/23 25/25 28/25 30/16 30/18 32/4
**cause [2]** 15/24 18/9
**caused [2]** 18/4 18/8
**caution [1]** 39/6
**center [3]** 1/18 38/4 38/7
**centered [2]** 27/15 27/16
**certain [1]** 23/11
**certainly [12]** 6/4 23/6 23/10 23/19 25/25 26/25 30/15 31/2 31/8 31/9 31/11 37/23
**CERTIFICATE [1]** 40/9
**certified [2]** 9/23 40/11
**certify [1]** 40/11
**chain [1]** 7/12
**chance [2]** 19/7 22/5
**change [2]** 2/22 24/12
**characteristics [6]** 4/5 7/10 8/21 10/18 15/18 17/7
**charge [1]** 9/5
**charges [1]** 21/20
**chase [1]** 6/6
**check [5]** 5/10 5/16 5/17 33/7 33/14
**chemist [1]** 9/16
**child [4]** 14/7 23/8 23/15 26/17
**childhood [2]** 10/13 30/25
**children [10]** 11/21 24/24 25/1 25/12 26/2 26/5 27/6 27/23 31/1 35/9
**children's [1]** 35/12
**choice [1]** 21/17
**Christ [1]** 21/23
**Church [1]** 21/23
**circumstances [1]** 32/16
**clarify [1]** 3/16
**clean [1]** 4/13
**Clematis [1]** 1/22
**Clerk [2]** 33/19 33/24
**clerk's [3]** 33/13 33/20 39/9
**close [1]** 38/5
**closest [1]** 10/25
**coach [1]** 14/8
**cocaine [1]** 13/19
**Code [3]** 32/21 33/1 36/22
**collection [1]** 34/12
**college [2]** 9/4 19/16
**comfort [2]** 19/25 23/21
**coming [1]** 7/17
**comment [1]** 20/22
**Commission [1]** 13/8
**commit [2]** 15/25 34/10
**committed [2]** 28/21 33/3
**committing [1]** 28/11
**common [1]** 15/2
**communicate [1]** 35/23
**communication [1]** 36/6
**community [6]** 10/2 15/20 16/4 16/6 31/20 31/23
**companies [1]** 35/25
**comparison [1]** 28/7
**complete [2]** 4/19 6/11
**completely [2]** 23/25 24/25
**compliance [2]** 34/20 36/15
**comply [2]** 34/13 36/20
**computer [11]** 5/24 11/13 11/16 34/18 34/19 34/24 35/2 35/6 35/9 35/24 36/19
**computers [6]** 4/17 34/23 36/6 36/8 36/14 36/17
**concede [3]** 4/15 5/4 15/21
**conceded [1]** 13/8
**concerning [2]** 35/6 36/11
**concerns [2]** 13/9 25/15
**concluded [1]** 39/21
**concurrence [1]** 3/13
**condition [3]** 34/20 36/12 38/9
**conditions [3]** 34/13 34/15 36/15
**conduct [3]** 35/22 36/2 36/11
**conducted [2]** 6/25 37/2
**conducting [4]** 34/17 34/21 36/4 36/16
**confess [1]** 4/13
**confession [1]** 4/19
**confinement [2]** 37/10 38/12
**confused [1]** 20/19
**Congress [4]** 13/1 13/25 26/15 31/15
**connection [1]** 22/3
**consider [4]** 12/16 13/24 16/25 38/6
**considered [3]** 15/7 32/18 32/22
**consistent [1]** 15/13
**constant [2]** 19/5 19/8
**contact [4]** 29/2 29/5 29/6 35/9
**contacted [1]** 27/19
**contained [3]** 23/14 30/4 38/24
**contains [2]** 32/19 35/3
**contest [1]** 38/21
**continue [2]** 18/9 19/3
**contribute [2]** 21/4 35/17
**contributes [1]** 31/2
**contrition [2]** 25/19 27/1
**controlled [1]** 34/12
**conversations [1]** 3/12
**convicted [3]** 13/14 13/17 36/25
**cooperate [2]** 6/12 34/12
**cooperated [1]** 12/7
**cooperating [1]** 30/2
**cooperation [5]** 5/22 6/5 6/11 10/17 24/4
**cope [1]** 31/6
**copying [3]** 34/19 36/7 36/13
**correct [7]** 2/16 3/15 29/2 29/4 29/13 29/20 40/12
**correctly [1]** 29/13
**correspond [1]** 35/23
**cost [1]** 35/17
**counsel [7]** 2/6 2/20 3/11 3/13 4/18 32/15 37/15
**counselor [1]** 18/22
**count [3]** 23/14 23/15 33/4
**count 2 [1]** 33/4
**couple [1]** 38/15
**course [1]** 29/17
**court [43]**
**Court's [2]** 37/15 40/3
**Courthouse [1]** 1/18
**Courts [1]** 33/20
**CPE [1]** 1/21
**CR [1]** 1/2
**created [1]** 38/25
**credit [1]** 24/6
**crime [3]** 2/24 28/1 28/6
**crimes [4]** 1/16 28/9 28/21 34/10
**criminal [2]** 31/10 31/11
**CRR [2]** 1/21 40/17
**cruel [1]** 31/1
**custodian [1]** 38/24
**cutoff [1]** 15/11
**cycle [2]** 7/12 22/16

**D**

**D-e-v-e-n-s [1]** 38/4
**damaged [1]** 20/8
**dangerous [2]** 10/5 34/11
**data [5]** 34/19 34/25 36/6 36/8 36/13
**Dated [1]** 40/14
**days [2]** 16/22 22/6
**dead [1]** 21/14
**deadly [2]** 13/17 21/11
**debriefings [1]** 10/18
**decade [1]** 14/9
**decide [2]** 8/5 38/10
**deemed [1]** 35/16
**deep [2]** 10/2 19/2
**defendant [36]** 1/7 1/18 5/9 23/8 30/2 31/1 31/17 32/5 32/13 33/2 33/5 33/17 34/4 34/6 34/9 34/16 34/25 35/2 35/5 35/7 35/8 35/11 35/13 35/17 35/20 35/23 36/3 36/20 37/1 37/4 37/9 37/10 37/11 37/14 38/20 39/6
**defendant's [8]** 34/18 34/23 34/23 34/24 36/5 36/17 36/18 36/19
**defense [1]** 32/15
**degree [4]** 13/14 13/15 19/17 31/9
**delivering [1]** 21/25
**demon [1]** 8/6
**demons [4]** 10/12 15/24 20/3 31/25
**Dennis [2]** 14/5 28/6
**denying [1]** 20/8
**depart [2]** 32/14 32/23
**depictions [2]** 35/21 36/1
**deserves [1]** 31/21
**desire [6]** 4/6 6/12 7/6 10/2 10/20 15/3
**Despite [1]** 21/4
**details [1]** 7/21
**deter [1]** 31/24
**determine [1]** 37/8
**deterrence [2]** 15/20 32/12
**deterrent [2]** 15/23 16/2
**devastating [1]** 20/13
**developed [1]** 26/3
**development [1]** 18/25
**Devens [2]** 38/4 38/7
**device [1]** 34/11
**devices [1]** 36/7
**didn't [9]** 6/15 8/5 9/25 18/14 18/15 21/1 21/8 25/6 28/4
**died [1]** 18/23
**difference [3]** 9/24 11/19 12/13
**different [13]** 5/23 9/6 11/4 11/5 12/1 12/11 15/3 15/4 15/6 16/17 16/17 16/20 17/4
**difficult [7]** 12/24 12/25 16/24 19/13 20/12 22/24 30/16
**difficulties [2]** 21/5 21/16

**D**

**diminished [3]** 3/13 15/10 16/9
**directed [1]** 36/22
**disclosure [1]** 35/5
**discussed [1]** 20/21
**discussing [1]** 4/23
**discussion [1]** 30/17
**disparity [7]** 4/7 10/21 12/20 14/12 14/16 17/6 25/20
**displayed [1]** 6/23
**distributed [1]** 26/21
**distribution [1]** 23/13
**district [5]** 1/1 1/1 1/12 11/1 34/7
**DNA [1]** 34/13
**does [6]** 14/24 24/4 25/15 31/15 37/14 39/2
**doesn't [7]** 8/16 24/3 24/12 24/17 24/18 25/23 30/19
**doing [4]** 21/7 21/22 22/11 25/9
**domestic [2]** 2/25 39/8
**don't [14]** 8/13 8/14 10/6 20/10 24/21 30/9 30/21 31/14 31/23 32/10 32/11 32/12 33/8 33/12
**done [8]** 4/12 6/2 7/1 7/16 20/7 24/19 24/20 27/24
**door [4]** 4/12 4/15 20/4 22/2
**doubt [1]** 7/2
**down [7]** 4/18 5/24 6/6 7/8 10/2 17/21 19/2
**downward [1]** 39/2
**dozens [3]** 38/18 38/18 38/18
**Dr. [8]** 6/15 6/22 6/25 7/23 8/10 15/5 15/8 22/8
**Dr. Haber [5]** 6/22 6/25 8/10 15/8 22/8
**Dr. Haber's [1]** 7/23
**Dr. Mary [2]** 6/15 15/5
**drive [3]** 21/24 30/3 30/3
**driven [1]** 13/9
**drives [1]** 38/18
**drop [1]** 14/25
**drops [1]** 14/25
**drug [1]** 8/25
**during [5]** 27/8 29/4 33/8 33/10 38/19
**dysfunction [2]** 7/25 8/19

**E**

**E-mail [1]** 1/23
**e-mails [1]** 5/24
**each [6]** 4/8 18/2 18/3 23/1 30/4 32/7
**eager [1]** 32/13
**early [2]** 8/19 19/14
**ease [1]** 30/20
**easily [1]** 28/5
**easy [1]** 18/19
**education [1]** 31/20
**effect [2]** 15/23 30/22
**effects [1]** 36/9
**egregious [1]** 25/25
**eight [1]** 15/6
**elderly [1]** 21/25
**electronic [1]** 36/6
**else [6]** 16/1 16/1 17/2 17/25 25/9 28/5
**embraced [2]** 14/17 32/7
**EMERICH [56]**
**Emerich's [9]** 3/14 3/16 4/12 8/19 12/19 23/5 24/2 27/1 38/5
**empirical [5]** 7/1 13/7 13/10 14/2 14/21
**employer [2]** 35/6 35/6
**encryption [1]** 35/1
**end [2]** 12/8 28/16
**ended [3]** 12/2 12/3 12/9
**ends [2]** 12/4 12/5
**enforce [1]** 30/19
**enforcement [2]** 34/2 36/10
**engage [1]** 8/5
**engaged [2]** 35/22 36/1
**engaging [1]** 11/25
**enhancements [3]** 11/11 11/12 13/6
**enough [2]** 6/3 6/4
**ensure [2]** 34/20 36/14
**entirely [2]** 16/19 17/3
**entitled [1]** 40/13
**environmental [1]** 19/19
**equal [1]** 38/9
**equate [1]** 10/6
**equipment [4]** 34/18 34/21 36/16 38/19
**error [1]** 2/23
**escape [2]** 19/8 19/12
**especially [1]** 14/22
**ESQ [1]** 1/18
**established [1]** 26/15
**establishes [1]** 7/2
**evaluated [1]** 37/5
**even [7]** 5/3 8/15 15/1 15/9 16/21 21/8 21/15
**evenings [1]** 20/1
**ever [2]** 18/14 27/25
**every [6]** 12/11 19/7 22/11 25/24 26/19 26/20
**everybody [2]** 17/1 20/16
**everyone [1]** 2/2
**everything [2]** 4/13 22/12
**evidence [10]** 6/9 7/1 13/7 13/10 14/2 14/21 14/23 15/22 15/23 38/24
**examination [1]** 35/15
**examinations [1]** 34/17
**example [1]** 13/13
**exceptional [1]** 31/22
**exchange [2]** 35/20 35/25
**excuse [1]** 18/4
**execution [1]** 38/19
**expense [2]** 34/23 36/18
**experience [2]** 16/17 16/21
**experienced [2]** 9/12 9/12
**experiences [1]** 19/22
**explicit [2]** 35/22 36/2
**exploitation [1]** 11/25
**exploited [2]** 26/2 26/2
**external [4]** 34/20 35/3 36/8 36/14
**extraordinarily [1]** 7/9
**extraordinary [18]** 4/3 4/10 4/25 5/15 5/20 6/9 8/24 9/17 9/17 9/18 10/16 15/15 23/5 23/10 23/12 23/25 24/17 27/2 4/23 5/5 7/8 9/24 10/5 10/15 12/15 20/14 21/15 21/23 29/14 29/18 30/5 30/6 37/20 38/17

**F**

**facility [1]** 38/11
**facing [1]** 14/14
**fact [7]** 5/16 13/24 14/10 16/16 19/21 24/12 37/15
**factors [7]** 27/11 27/14 27/15 27/16 27/16 32/20 32/22
**facts [2]** 10/25 11/5
**factual [1]** 2/15
**failed [1]** 2/23
**fair [2]** 7/21 7/22
**fall [1]** 8/25
**familiar [1]** 25/21
**families [2]** 26/4 26/5
**family [5]** 8/12 8/14 8/15 25/6 31/6
**fantasy [2]** 19/9 19/10
**far [4]** 23/5 23/19 24/4 25/20
**Fashioning [1]** 22/23
**fat [1]** 18/15
**father [1]** 31/7
**favorite [2]** 19/11 19/12
**fear [1]** 19/8
**federal [3]** 14/6 38/3 38/7
**feel [1]** 19/24
**feeling [3]** 7/1 9/13 9/13
**felt [2]** 19/24 20/5
**few [2]** 14/4 28/23
**Fifteen [3]** 29/8 29/9 29/21
**file [1]** 26/9
**final [1]** 30/22
**finally [2]** 6/14 20/7
**Financial [1]** 33/21
**finding [1]** 37/15
**fine [4]** 33/18 33/19 33/23 37/21
**fire [2]** 9/22 21/13
**firearm [1]** 34/11
**firefighter [5]** 9/20 9/23 9/25 9/25 21/6
**first [19]** 4/3 4/10 4/15
**five [13]** 11/11 11/15 11/16 11/24 13/2 13/4 14/1 14/8 14/13 16/22 21/18 28/7 31/16
**five-level [2]** 11/11 11/24
**FL [2]** 1/17 1/20
**floor [2]** 1/16 13/4
**FLORIDA [5]** 1/1 1/7 1/22 11/1 33/22
**focus [2]** 27/12 27/17
**folder [1]** 30/4
**folders [1]** 30/4
**follow [1]** 32/17
**following [2]** 34/14 36/22
**food [1]** 22/2
**Forces [2]** 10/7 12/14
**foregoing [1]** 40/11
**forfeiture [2]** 38/17 38/21
**forget [1]** 24/18
**former [2]** 14/4 14/6
**forth [4]** 5/5 17/5 27/20 32/20
**forward [3]** 7/15 7/17 11/18
**forwarded [1]** 33/24
**four [2]** 11/22 16/22
**four-level [1]** 11/22
**Franklin [4]** 1/21 40/10 40/16 40/17
**frankly [1]** 13/6
**fraud [1]** 13/20
**friends [2]** 18/16 18/18
**front [3]** 5/9 8/2 8/13
**full [3]** 4/19 6/11 7/4
**functioning [1]** 24/9
**fund [4]** 3/1 39/8 39/13 39/15
**further [6]** 16/9 33/5 33/17 37/4 37/11 38/14
**future [2]** 5/12 7/6

**G**

**gain [1]** 9/15
**games [3]** 19/9 19/10 20/1
**gave [4]** 4/17 4/18 12/9 19/14
**gay [1]** 31/4
**geared [1]** 9/8
**gets [2]** 14/24 29/11
**getting [1]** 26/24
**gifts [1]** 19/14
**give [4]** 10/24 13/13 19/25 27/3
**given [3]** 19/13 21/20 22/5
**goals [1]** 15/19
**God [1]** 19/13
**going [22]** 3/23 5/21 6/5 6/7 7/21 11/18 16/24 22/8 22/9 22/25 25/14 27/6 27/7 31/13 31/23 32/10 32/11 32/13 32/14 32/16 33/15 37/4
**gone [1]** 25/18
**good [9]** 2/7 2/9 10/3 10/3 10/12 15/11 21/7 28/7 30/20
**got [4]** 4/21 4/22 19/1 21/4
**government [22]** 1/4 1/15 2/22 4/14 4/14 5/4 5/4 5/21 5/23 6/12 10/17 12/7 15/21 22/19 23/1 23/13 23/14 24/1 28/3 30/3 33/11 39/1
**graduated [2]** 9/3 19/16
**granted [1]** 12/22
**gravity [1]** 7/4
**great [1]** 32/2
**greatly [3]** 18/7 18/8 22/14
**greet [1]** 22/1
**guideline [9]** 13/15 13/16 13/18 13/19 13/20 13/21 23/2 32/15 32/23
**guidelines [12]** 11/18 12/24 13/5 13/6 14/1 26/11 26/15 28/15 28/16 28/17 30/18 32/20
**guilty [5]** 3/14 12/3 12/4 20/15 23/13

**H**

**Haber [6]** 6/16 6/22 6/25 8/10 15/8 22/8
**Haber's [2]** 7/23 15/5
**half [3]** 13/3 14/9 16/13
**hand [2]** 19/4 19/4
**handed [1]** 33/13
**handled [1]** 6/4
**happen [2]** 8/4 27/10
**happened [7]** 7/13 15/17 18/11 18/21 19/23 20/22 22/13
**happening [1]** 28/10
**happy [1]** 22/3
**hard [1]** 38/18
**hardest [2]** 22/21 22/22
**hardware [2]** 34/23 36/18
**harm [4]** 23/23 24/19 24/20 25/19
**harshly [1]** 13/12
**hasn't [2]** 31/25 31/25
**Hastert [1]** 14/5
**Hastert's [1]** 28/6
**hated [1]** 18/15
**having [1]** 29/5
**he's [6]** 3/2 15/7 15/9 16/21 24/10 31/20
**heal [2]** 22/10 22/12
**health [2]** 31/10 31/11
**hear [5]** 2/17 3/20 6/21 17/13 22/19

**H**

**heard [1]** 24/22
**hearing [1]** 2/22
**hears [1]** 22/23
**heart [1]** 21/3
**help [12]** 7/15 19/24 20/9 20/10 20/21 21/5 21/9 21/21 22/8 24/10 32/13 37/8
**helped [1]** 19/20
**helping [1]** 22/6
**here [9]** 2/2 13/4 24/14 25/12 25/14 26/8 28/9 29/12 32/6
**here's [1]** 16/7
**hide [1]** 14/10
**hiding [1]** 20/6
**high [3]** 16/1 19/16 28/16
**higher [1]** 23/17
**himself [5]** 7/18 8/23 9/3 9/15 24/14
**history [7]** 4/5 7/10 8/3 8/21 10/19 15/17 17/7
**hits [3]** 15/8 15/12 16/8
**hometown [1]** 21/24
**honest [3]** 6/8 8/12 20/16
**honestly [2]** 20/9 22/10
**Honor [67]**
**HONORABLE [1]** 1/11
**hope [2]** 24/9 24/10
**hopefully [1]** 23/20
**horrible [1]** 22/16
**hot [1]** 21/25
**hours [2]** 14/4 34/6
**house [3]** 4/17 14/5 36/5
**houses [1]** 21/13
**However [4]** 8/17 12/8 12/15 23/11
**human [1]** 22/4
**hundred [1]** 13/19
**hundreds [1]** 21/10
**hurt [3]** 7/11 7/12 24/13

**I**

**I'll [7]** 2/17 3/20 17/13 17/16 21/19 22/19 38/8
**I'm [23]** 2/25 5/17 7/20 8/10 10/24 17/20 19/1 20/2 20/2 22/5 22/8 22/22 22/25 24/1 25/14 25/20 29/20 31/6 31/7 32/16 33/15 37/4 39/4
**I've [12]** 2/13 6/2 6/17 17/5 20/3 21/4 21/10 21/11 21/12 21/16 32/2 33/14
**idea [3]** 5/5 15/11 19/22
**identify [1]** 25/14
**ignore [1]** 33/15
**ill [2]** 24/11 24/12
**illegally [1]** 26/6
**illustrative [1]** 11/5
**image [1]** 26/19
**images [12]** 11/17 24/24 25/1 26/18 26/23 27/4 27/5 27/8 27/20 27/23 29/15 30/4
**imagine [1]** 8/18
**imaging [1]** 29/14
**immediately [7]** 5/11 6/11 6/12 6/14 33/23 37/12 37/21
**impact [1]** 8/20
**important [8]** 5/1 6/8 8/3 9/10 9/11 14/20 14/20 19/23
**importantly [1]** 20/10
**Importing [1]** 13/19
**imposed [2]** 35/7 37/14
**Imposition [1]** 40/3
**imprinted [1]** 7/24
**imprisoned [1]** 33/4
**imprisonment [1]** 34/4
**inappropriate [1]** 18/1
**incarcerated [2]** 33/16 37/8
**incarceration [2]** 3/25 33/8
**incidences [1]** 7/23
**include [5]** 2/23 34/18 35/14 35/15 36/13
**included [2]** 3/5 3/8
**including [3]** 23/17 34/14 36/7
**increase [3]** 11/20 11/22 11/24
**indicates [1]** 31/17
**indictment [1]** 23/14
**individual [2]** 30/2 30/7
**individuals [3]** 5/25 6/13 35/24
**injury [1]** 18/4
**inmate [1]** 16/23
**innocence [6]** 18/24 23/23 24/13 24/14 24/15 25/18
**inpatient [1]** 35/15
**ins [1]** 21/25
**inside [2]** 4/16 10/3
**insight [2]** 6/23 7/3
**inspection [2]** 34/22 36/17
**installed [2]** 34/22 36/17
**intelligence [1]** 19/15
**intense [1]** 7/5
**intention [2]** 3/14 3/16
**interest [1]** 30/25
**internal [4]** 34/19 35/3 36/8 36/14
**Internet [6]** 19/9 19/9 26/22 26/23 27/4 27/9
**interrupt [1]** 39/5
**interrupting [1]** 17/20
**interview [2]** 27/8 29/5
**investigation [1]** 3/9
**involved [1]** 35/11
**ironically [1]** 11/1
**isn't [4]** 5/11 5/16 7/22 15/24
**issue [4]** 2/20 12/20 31/11 39/1
**issues [5]** 4/20 7/25 7/25 9/6 38/16
**issuing [1]** 12/10
**it's [29]** 3/7 3/8 3/16 3/21 5/1 5/12 5/18 6/8 6/25 7/1 8/3 14/20 18/6 20/11 22/9 23/6 23/7 23/10 23/19 23/21 25/24 26/1 27/7 28/7 32/11 32/12 33/12 37/11 38/23

**J**

**jail [1]** 16/22
**Jaws [1]** 21/12
**job [1]** 27/8
**judge [3]** 1/12 5/17 14/6
**judges [3]** 30/17 30/19 30/22
**judgment [2]** 33/2 39/11
**just [20]** 2/2 3/12 3/16 5/17 7/1 7/19 7/22 9/21 13/13 15/24 17/20 18/24 20/19 24/11 24/13 24/15 24/16 26/17 27/20 32/3
**justice [2]** 28/14 28/20

**K**

**keen [1]** 7/3
**Keep [1]** 15/11
**keeping [4]** 9/9 15/20 16/4 16/6
**KENNETH [2]** 1/11 11/3
**kept [1]** 19/21
**kids [5]** 19/6 25/4 25/7 25/7 25/10
**kilos [1]** 13/19
**kind [3]** 8/6 18/18 32/3
**kinda [1]** 28/25
**KLR [1]** 1/2
**knew [7]** 20/5 21/7 21/8 25/2 25/3 25/4 27/19
**knocked [1]** 4/12
**know [16]** 2/12 6/4 8/3 8/13 17/21 18/6 18/7 18/9 18/11 19/2 21/3 21/17 22/8 28/4 28/25 31/14
**knowing [2]** 16/8 27/22
**knowledge [1]** 31/14
**knows [1]** 23/22

**L**

**laboratories [1]** 9/5
**laboratory [1]** 19/18
**lack [1]** 16/10
**larger [1]** 23/17
**last [5]** 2/2 2/4 20/4 30/8 30/9
**later [3]** 5/7 7/19 18/20
**law [3]** 27/12 28/19 36/10
**laws [1]** 14/10
**learned [1]** 19/9
**least [4]** 13/2 14/1 21/18 39/11
**leaves [1]** 16/3
**led [1]** 10/5
**left [1]** 21/4
**legal [2]** 24/25 24/25
**legally [1]** 26/6
**legislature [1]** 30/20
**length [1]** 32/10
**less [2]** 14/4 15/2
**let [1]** 17/21
**let's [2]** 24/20 24/21
**letters [2]** 2/13 8/11
**level [16]** 8/19 9/19 11/10 11/10 11/11 11/12 11/20 11/22 11/24 12/4 12/5 19/25 23/7 23/9 23/20 23/21
**levels [3]** 11/15 11/15 11/16
**lies [1]** 20/6
**life [13]** 8/19 8/22 9/3 10/10 13/15 18/5 19/13 21/5 21/7 21/12 21/15 22/7 31/3
**likely [2]** 6/8 18/9
**limitation [1]** 28/9
**line [3]** 24/6 30/19 30/24
**lines [1]** 8/17
**list [2]** 33/25 38/23
**literally [1]** 21/9
**little [3]** 7/19 9/11 10/21
**live [3]** 20/10 20/11 22/7
**lived [3]** 4/22 8/8 19/8
**living [3]** 8/25 20/3 21/16
**location [1]** 37/9
**locations [1]** 38/1
**locking [1]** 16/11
**logs [1]** 38/24
**long [1]** 20/4
**longer [1]** 31/13
**looking [5]** 8/21 11/6 12/23 14/12 21/13
**lost [3]** 18/23 18/24 20/20
**lot [5]** 5/8 6/24 30/16 31/4 31/19
**love [2]** 10/1 10/1
**low [3]** 14/25 15/8 16/7
**lower [6]** 12/5 13/18 13/18 13/20 13/21 15/9

**M**

**magic [1]** 31/14
**mail [4]** 1/23 27/21 35/8 35/24
**mails [1]** 5/24
**Major [1]** 1/16
**making [1]** 23/9
**male [1]** 32/5
**man [4]** 8/22 8/24 16/7 25/17
**mandatory [8]** 2/23 3/4 3/17 13/1 13/3 23/17 31/15 32/24
**mangled [2]** 10/8 21/12
**manifestation [1]** 5/19
**manifested [1]** 8/1
**manner [2]** 37/2 37/16
**mark [1]** 18/19
**marriage [1]** 31/5
**Mary [2]** 6/15 15/5
**Massachusetts [1]** 38/4
**master [2]** 7/20 20/13
**matter [3]** 6/2 13/25 40/13
**maximum [1]** 23/18
**maybe [4]** 18/17 23/23 25/6 25/9
**me [28]** 5/1 10/24 17/1 18/7 18/8 18/11 18/21 18/23 19/1 19/6 19/7 19/7 19/13 19/14 19/23 19/25 20/13 20/14 20/16 20/17 20/18 20/21 20/22 21/17 22/9 22/25 29/20 31/17
**meals [2]** 21/22 21/25
**mean [5]** 17/1 17/2 17/3 24/18 25/23
**means [1]** 28/15
**media [1]** 36/7
**medical [2]** 38/3 38/7
**meeting [1]** 4/23
**member [1]** 24/9
**memory [1]** 8/16
**mental [2]** 31/10 31/11
**mentioned [2]** 19/18 24/5
**mentions [1]** 8/10
**Merit [1]** 40/10
**message [1]** 32/11
**met [2]** 5/22 20/14
**Miami [6]** 1/17 1/20 4/21 4/22 33/21 33/21
**might [6]** 13/23 15/11 20/21 27/10 38/11 38/11
**mill [1]** 26/10
**million [1]** 13/20
**millions [1]** 24/24
**mine [1]** 26/10
**mine-run [1]** 26/10
**minimum [4]** 13/1 13/3 23/17 31/16
**minor [2]** 29/6 29/6
**minors [4]** 26/13 35/9 35/21 36/1
**Miranda [1]** 29/5
**misconduct [1]** 29/15
**modem [1]** 35/3
**molestation [3]** 7/14 7/17 7/24
**molested [3]** 7/14 14/13 18/13
**molester [1]** 14/7
**molesting [1]** 14/7
**moment [2]** 4/11 25/17
**monetarily [1]** 31/21
**money [7]** 23/19 23/22 23/23 25/10 25/10 25/18 27/3
**monitor [2]** 34/24 36/19
**months [12]** 3/24 3/24

## M

**months... [10]** 7/8 12/10 12/19 14/11 14/13 14/18 17/10 23/3 28/17 33/4
**months' [1]** 3/25
**morning [1]** 8/5
**most [3]** 6/7 9/12 24/25
**mother [2]** 21/24 31/7
**mothers [2]** 32/6 32/7
**motivations [1]** 5/7
**move [1]** 16/11
**Mr. [73]**
**Mr. Barzee [12]** 18/12 19/18 20/14 20/18 20/21 20/22 20/24 22/9 23/6 24/5 24/22 29/20
**Mr. Barzee's [2]** 23/1 24/17
**Mr. Emerich [37]** 3/25 4/4 4/6 4/16 5/5 5/20 5/22 6/23 7/3 7/11 7/13 11/8 11/10 11/17 11/21 11/23 11/24 12/4 12/5 12/12 12/14 13/21 14/19 15/6 17/8 17/11 23/9 24/8 24/23 25/11 26/1 26/5 27/5 28/4 28/10 29/4 29/18
**Mr. Emerich's [8]** 3/14 3/16 4/12 12/19 23/5 24/2 27/1 38/5
**Mr. Stewart [12]** 11/7 11/17 11/19 11/21 12/2 12/3 12/6 12/7 12/8 12/9 12/13 12/14
**Mr. Stuart's [1]** 11/9
**Mr. William [1]** 16/14
**much [9]** 13/11 13/12 13/18 13/18 13/20 16/9 21/8 23/16 30/23
**multiple [1]** 29/16
**murder [3]** 13/14 13/15 26/16
**must [2]** 13/1 13/25
**myself [6]** 18/15 19/2 20/6 20/16 21/8 30/22

## N

**naked [1]** 25/3
**name [5]** 25/15 30/5 30/6 30/8 30/9
**named [1]** 30/5
**nameless [1]** 27/18
**names [2]** 19/6 29/24
**nature [3]** 11/23 23/23 31/5
**necessarily [1]** 25/24
**necessary [2]** 28/18 35/16
**need [6]** 17/6 20/9 22/8 27/12 27/13 27/17
**needs [1]** 24/10
**neighborhood [1]** 19/6
**never [9]** 9/11 9/12 9/18 9/19 19/23 21/20 27/7 27/19 27/19
**new [1]** 3/9
**next [4]** 14/9 16/11 18/21 21/1
**night [2]** 18/17 18/23
**nine [1]** 38/1
**no [22]** 1/2 2/14 3/13 15/23 16/2 18/3 20/7 21/17 24/11 25/13 25/18 25/18 26/23 27/3 27/9 28/18 29/24 30/10 30/11 32/1 35/8 37/17
**None [1]** 40/6
**normal [1]** 25/22
**North [2]** 33/21 37/6
**Northeast [1]** 1/16
**Northwest [1]** 1/19
**note [1]** 11/14
**nothing [1]** 24/7
**nothing's [1]** 6/7
**Notification [1]** 36/21
**November [1]** 20/4
**November 3rd [1]** 20/4
**nude [1]** 29/19
**number [1]** 32/2

## O

**object [2]** 37/15 39/2
**objection [1]** 2/14
**objections [1]** 37/17
**objective [4]** 5/16 5/18 5/19 6/24
**obligation [1]** 20/23
**obviously [2]** 11/4 23/16
**occasions [1]** 5/23
**occur [1]** 31/18
**occurred [1]** 29/15
**off [3]** 11/10 21/10 25/9
**offender [7]** 27/16 27/19 35/13 36/21 36/24 37/25 38/2
**offender-centered [1]** 27/16
**offense [7]** 4/19 11/9 15/25 27/13 28/20 29/10 36/25
**offenses [1]** 28/11
**offer [4]** 4/25 18/2 20/24 31/19
**offered [1]** 37/25
**offering [1]** 35/25
**office [8]** 1/15 3/8 33/13 33/20 34/1 34/2 34/7 39/9
**officer [5]** 34/17 36/4 36/10 36/23 37/3
**Official [1]** 1/21
**often [1]** 31/12
**Okay [1]** 3/10
**old [16]** 4/1 7/13 7/19 8/8 15/7 15/7 15/10 15/12 16/8 16/18 18/12 19/1 19/3 20/2 21/19 29/21
**older [3]** 15/2 18/13 18/16
**once [7]** 15/8 15/9 16/8 26/17 26/22 26/23 27/4
**one [18]** 2/20 4/8 8/5 8/22 9/8 10/24 16/18 17/2 18/2 19/10 25/12 26/14 28/12 29/17 32/5 32/5 37/22 38/3
**ones [4]** 25/5 25/5 30/21 30/22
**online [1]** 20/1
**only [12]** 4/16 4/19 9/24 14/24 19/3 19/8 25/1 25/4 27/25 29/1 30/12 30/21
**opined [1]** 6/22
**opinion [3]** 6/24 7/22 27/14
**opportunity [3]** 17/18 22/14 22/15
**opposed [2]** 13/9 27/15
**order [5]** 2/1 14/10 20/25 34/3 37/4
**ordered [4]** 33/5 33/17 37/11 37/20
**organization [1]** 35/12
**others [7]** 18/20 19/24 21/5 21/9 22/6 24/15 30/23
**our [2]** 21/24 28/14
**outpatient [1]** 35/16
**over [10]** 7/5 9/15 11/16 13/19 18/18 20/6 26/18 26/19 26/19 29/17
**overall [1]** 14/24
**overwhelming [1]** 20/5

## P

**paid [4]** 10/1 12/6 37/21 39/10
**pain [3]** 18/8 18/9 19/12
**Palm [2]** 1/7 1/22
**papers [1]** 36/6
**parents [2]** 25/8 25/9
**participate [1]** 35/13
**Participation [1]** 35/15
**particular [1]** 25/13
**parties [1]** 32/19
**parts [1]** 21/10
**party [2]** 35/5 35/19
**passed [1]** 28/9
**passwords [1]** 4/17
**past [2]** 22/13 28/11
**pattern [2]** 11/25 29/15
**pavement [1]** 21/11
**pay [8]** 3/17 3/18 20/25 33/5 33/17 35/18 37/11 39/7
**payable [3]** 33/19 33/23 39/8
**paying [3]** 3/2 5/5 25/11
**payment [7]** 6/10 15/16 17/6 33/11 35/19 37/21 37/22
**payments [2]** 33/9 33/16
**peer [2]** 26/9 26/9
**peer-to-peer [1]** 26/9
**Penthouse [1]** 1/19
**people [12]** 7/11 7/12 10/8 10/9 14/21 15/24 16/17 19/20 19/21 24/13 24/13 31/2
**people's [1]** 19/20
**percent [4]** 12/9 12/18 12/22 17/9
**perhaps [3]** 7/16 9/14 18/6
**period [3]** 33/8 33/10 38/12
**periodic [3]** 33/16 34/17 36/4
**peripherals [3]** 34/20 36/9 36/14
**permanently [1]** 37/5
**permit [2]** 22/25 35/5
**permitted [1]** 21/20
**person [12]** 10/3 10/4 10/11 10/12 28/2 28/3 28/5 31/12 34/7 35/24 36/5 37/1
**personal [1]** 35/8
**photographed [6]** 20/19 26/5 29/16 29/18 29/19 29/22
**photographer [1]** 24/23
**photographing [1]** 29/1
**photographs [3]** 11/20 11/22 14/14
**photography [1]** 38/18
**photos [2]** 12/1 18/1
**physical [3]** 29/2 29/5 29/6
**physically [3]** 19/6 28/12 33/13
**picked [1]** 8/11
**pictures [2]** 25/3 29/25
**pimples [1]** 18/15
**place [3]** 12/3 38/10 38/12
**placed [2]** 7/18 34/5
**planning [1]** 6/20
**plants [1]** 9/7
**playing [2]** 19/8 20/1
**plea [4]** 2/22 2/23 38/20 39/7
**plead [3]** 3/14 20/15 23/13
**pleading [2]** 12/3 12/4
**please [1]** 2/6
**pledge [2]** 22/5 22/11
**plummets [1]** 14/22
**podium [3]** 3/20 17/15 17/16
**point [1]** 20/20
**points [1]** 23/1
**policy [2]** 13/9 13/9
**politics [1]** 30/20
**polygraph [1]** 35/15
**pop [1]** 27/8
**pornographic [2]** 25/1 27/23
**pornography [4]** 6/1 14/14 23/8 23/15
**position [3]** 7/18 12/13 26/1
**possess [4]** 34/11 34/25 35/2 35/21
**possessed [2]** 8/6 14/14
**possessing [3]** 11/20 11/22 34/10
**possession [1]** 5/25
**possible [3]** 5/21 11/7 23/22
**possibly [1]** 24/24
**post [1]** 29/5
**post-Miranda [1]** 29/5
**potential [1]** 35/6
**potentially [1]** 24/5
**power [1]** 4/13
**preferable [1]** 38/10
**prepared [1]** 37/7
**prepubescent [1]** 11/20
**present [2]** 2/10 6/18
**presentence [4]** 2/12 2/14 3/9 32/19
**pretrial [1]** 16/21
**pretty [1]** 30/23
**previously [1]** 32/22
**prey [1]** 25/2
**preyed [3]** 25/5 26/3 26/8
**primary [1]** 4/3
**prior [2]** 29/9 35/4
**prison [4]** 15/12 16/6 21/18 24/11
**Prisons [6]** 33/3 34/1 36/23 37/10 38/1 38/2
**privacy [1]** 25/15
**probably [2]** 8/11 24/25
**probation [9]** 3/8 34/1 34/7 34/16 36/3 36/10 36/12 36/23 37/3
**problems [3]** 16/22 31/2 32/9
**proceed [1]** 23/15
**proceedings [3]** 1/10 39/21 40/12
**process [1]** 39/9
**produce [2]** 35/21 35/25
**production [1]** 23/15
**professional [1]** 24/23
**profound [1]** 18/2
**program [4]** 35/1 35/14 37/8 38/11
**programs [2]** 37/25 38/3
**prohibited [1]** 34/10
**promise [1]** 5/12
**promote [2]** 27/12 28/18
**pronounced [1]** 37/16
**proper [1]** 37/9
**property [2]** 36/5 37/2
**prosecutor [1]** 17/2
**proud [2]** 19/20 21/7
**proudest [1]** 21/6
**provide [1]** 23/20
**provider [1]** 35/17
**psychological [1]** 35/14
**psychologist [1]** 18/25
**psychosexual [1]** 37/6
**public [4]** 9/9 9/14 12/17

**P**

**public... [1]** 13/9
**pulled [1]** 10/8
**punishment [6]** 15/21 16/4 16/11 16/12 16/13 32/12
**pure [1]** 31/10
**purpose [3]** 22/7 34/21 36/16
**pursuant [2]** 2/24 32/25
**put [7]** 3/12 15/25 16/5 21/21 23/24 26/15 29/25

**Q**

**qualifying [1]** 36/25
**quality [1]** 9/7
**quandary [1]** 31/12
**question [3]** 29/11 29/24 31/9
**questions [5]** 6/19 9/6 19/20 28/23 30/12
**quite [1]** 30/16
**quote [1]** 14/7

**R**

**raise [1]** 2/21
**ran [1]** 10/7
**range [7]** 12/5 13/18 13/19 13/20 13/21 29/13 32/23
**rape [3]** 7/21 7/24 16/23
**raped [3]** 7/20 18/22 20/12
**rare [1]** 23/7
**rarely [1]** 9/19
**rather [2]** 14/16 31/10
**read [4]** 2/13 6/17 29/12 30/25
**reading [1]** 8/17
**real [3]** 30/6 30/7 30/9
**reality [1]** 26/11
**realize [5]** 18/18 18/23 21/18 21/20 22/2
**realized [3]** 19/14 20/19 20/23
**realizing [1]** 32/8
**really [15]** 13/4 16/3 18/15 18/16 18/24 19/7 19/20 19/24 20/3 21/6 21/8 21/16 22/2 24/22 27/15
**realm [1]** 26/16
**Realtime [1]** 40/11
**reason [4]** 25/13 26/14 26/14 27/5
**reasonable [3]** 36/10 37/2 37/2
**reasons [8]** 4/3 7/7 10/14 13/23 16/3 16/5 17/5 26/14
**recall [1]** 32/4
**received [7]** 11/7 14/11 15/14 19/5 19/16 23/11 23/18
**receiving [2]** 11/11 16/1
**recent [1]** 30/17
**recently [1]** 31/3
**recess [1]** 39/19
**recidivism [5]** 14/22 14/25 15/9 16/7 31/18
**recognition [1]** 31/22
**recognize [1]** 27/13
**recommendation [2]** 38/6 38/8
**record [3]** 3/12 39/11 40/12
**recovering [1]** 21/14
**reduction [1]** 12/18
**refer [1]** 33/9
**reference [1]** 6/15
**reflect [1]** 15/16
**refuges [1]** 19/11
**refusing [1]** 30/19
**Registered [1]** 40/10
**registration [2]** 36/21 36/24
**regret [1]** 18/4
**rehabilitated [1]** 31/13
**rehabilitation [1]** 32/14
**related [1]** 35/7
**relates [1]** 38/17
**release [6]** 34/4 34/5 34/6 34/9 34/14 36/12
**released [1]** 34/8
**relief [1]** 20/5
**remember [4]** 18/17 21/25 32/1 32/2
**remorse [2]** 6/23 17/8
**removal [2]** 34/21 36/15
**rendered [1]** 35/18
**repair [3]** 23/23 23/24 25/19
**report [11]** 2/12 2/14 3/9 6/15 6/22 7/23 15/5 29/13 32/19 34/7 37/7
**Reporter [4]** 1/21 1/21 40/10 40/11
**request [2]** 2/12 3/23
**requested [1]** 5/3
**requests [1]** 37/18
**require [1]** 37/6
**required [1]** 2/24
**requirement [1]** 3/4
**requirements [1]** 36/20
**research [1]** 37/25
**researching [1]** 10/22
**residence [1]** 36/5
**resides [2]** 36/24 38/5
**resolved [1]** 31/25
**respect [3]** 27/11 27/12 28/19
**responder [4]** 9/24 10/5 12/16 21/15
**responding [1]** 21/11
**responsibility [13]** 4/4 4/11 5/15 5/20 6/9 7/5 7/9 9/18 10/16 15/15 24/1 24/16 31/22
**responsible [1]** 34/2
**rest [2]** 18/5 22/6
**restitution [17]** 3/18 5/1 5/3 5/6 6/10 10/17 12/6 15/16 23/9 23/20 27/2 32/24 33/6 33/19 33/23 33/24 39/12
**restrictions [1]** 35/7
**result [9]** 6/5 7/17 8/7 13/5 13/11 15/25 16/9 23/11 26/8
**retrieval [3]** 34/18 36/7 36/13
**revamped [1]** 3/9
**reviewed [1]** 2/11
**RICHARD [19]** 1/6 2/10 3/22 5/2 7/24 8/4 8/14 8/19 9/10 9/11 9/20 10/7 10/12 13/16 16/19 16/24 17/3 27/22 33/3
**Rick [2]** 26/7 26/7
**right [18]** 2/4 2/11 2/15 2/17 3/19 8/15 15/6 17/23 20/15 29/25 30/8 30/12 33/11 33/15 37/19 39/3 39/16 39/18
**Rights [1]** 2/25
**risk [6]** 14/22 15/8 15/9 15/9 16/7 16/9
**RMR [2]** 1/21 40/17
**rode [1]** 9/21
**Room [1]** 33/21
**routinely [1]** 13/12
**Rule [1]** 24/6
**run [4]** 16/21 21/12 26/10 26/10
**RYSKAMP [1]** 1/11

**S**

**sad [1]** 26/21
**saddens [2]** 18/7 18/8
**sadomasochistic [1]** 11/23
**safe [8]** 9/9 9/11 15/20 16/4 16/6 19/21 19/24 19/24
**safer [1]** 31/23
**safety [5]** 9/10 9/13 9/14 9/15 19/23
**sake [1]** 6/19
**same [8]** 11/9 11/17 12/2 13/16 17/1 26/6 26/16 31/24
**samples [2]** 19/19 19/19
**sat [2]** 4/17 5/23
**saved [1]** 10/9
**say [10]** 7/22 7/23 17/25 20/9 25/22 30/15 30/23 31/4 31/12 32/1
**saying [2]** 30/17 31/15
**says [3]** 13/1 15/23 18/25
**school [3]** 9/3 19/5 19/16
**schoolwork [1]** 19/13
**science [1]** 19/17
**scientific [2]** 15/21 15/22
**scientifically [1]** 16/8
**scientist [3]** 9/4 9/8 21/23
**scientists [1]** 9/6
**scout [3]** 7/20 18/22 20/12
**Scouts [1]** 7/20
**scraped [1]** 21/10
**search [6]** 4/16 27/9 36/12 37/1 38/19 38/25
**searches [1]** 36/4
**second [12]** 4/5 5/14 5/19 7/10 10/18 10/24 13/14 13/15 19/12 29/11 37/24 39/1
**second-degree [2]** 13/14 13/15
**secrets [4]** 8/12 8/14 8/16 20/6
**Section [5]** 1/16 32/21 33/1 33/21 36/22
**secure [1]** 28/20
**seek [2]** 32/13 32/14
**seems [1]** 31/5
**seen [2]** 25/23 33/14
**seized [1]** 38/19
**sell [2]** 35/20 35/25
**send [1]** 32/11
**sending [1]** 27/20
**sense [4]** 15/2 20/5 22/7 23/10
**sent [6]** 28/2 28/4 28/5 29/25 30/1 37/7
**sentence [33]** 3/24 11/5 11/6 11/8 12/10 12/18 12/19 13/2 13/15 13/16 13/25 14/11 14/12 14/18 15/13 15/13 15/14 16/1 16/3 17/1 17/9 21/17 23/2 23/3 23/16 28/15 28/18 31/24 32/7 32/10 37/14 37/16 40/3
**sentenced [1]** 14/5
**sentences [3]** 14/2 22/23 26/16
**sentencing [9]** 1/10 4/7 10/20 13/8 14/1 15/19 17/6 25/20 30/18
**separate [2]** 3/7 38/22
**separately [1]** 4/9
**serial [1]** 14/7
**serious [1]** 32/9
**seriousness [2]** 27/13 28/19
**served [1]** 12/14
**service [2]** 12/17 22/7
**services [1]** 35/18
**serving [1]** 10/6
**sessions [1]** 25/7
**set [2]** 17/5 32/20
**seven [1]** 15/5
**Seventy [1]** 3/24
**Seventy-six [1]** 3/24
**sewage [1]** 9/7
**sex [4]** 35/13 36/21 36/24 37/25
**sexual [10]** 7/23 7/24 7/25 8/7 9/2 15/3 15/4 19/4 29/6 38/2
**sexually [5]** 7/14 16/23 18/12 35/22 36/1
**SFranklinUSDC [1]** 1/23
**shall [21]** 33/5 34/4 34/6 34/9 34/10 34/11 34/12 34/13 34/16 34/25 35/2 35/5 35/8 35/11 35/13 35/20 35/23 36/3 36/20 37/1 37/11
**shame [2]** 7/5 7/14
**shared [1]** 26/20
**sharing [1]** 26/9
**she's [2]** 6/18 6/20
**shoot [1]** 13/5
**shorter [1]** 31/14
**Should [1]** 17/14
**shouldn't [2]** 24/6 25/2
**showed [1]** 15/6
**shown [2]** 4/4 17/8
**shows [1]** 14/21
**shut [1]** 21/25
**shut-ins [1]** 21/25
**side [1]** 11/14
**significant [6]** 4/2 5/6 10/10 13/24 23/16 23/20
**significantly [2]** 15/1 15/10
**similar [2]** 10/22 11/6
**since [1]** 20/12
**sincere [1]** 18/2
**single [1]** 26/19
**sir [1]** 28/24
**sister [4]** 8/12 8/18 31/7 38/5
**sitting [1]** 5/9
**situation [5]** 7/4 27/18 27/19 27/22 31/8
**situations [1]** 10/6
**six [8]** 3/24 3/25 16/12 16/12 16/17 16/18 16/19 16/25
**sixties [4]** 4/1 14/19 14/22 14/24
**smiles [1]** 22/1
**smoothly [1]** 39/10
**society [4]** 21/4 24/9 32/11 32/12
**software [2]** 34/24 36/18
**somebody [10]** 7/3 9/21 9/22 10/6 13/14 13/17 14/14 16/5 16/12 16/19
**somebody's [1]** 22/2
**someone [5]** 8/4 14/13 14/24 16/1 16/24
**something [15]** 5/12 5/12 5/16 5/18 8/23 8/24 9/9 10/11 11/11 12/16 16/19 17/2 17/3 21/4 25/9
**somewhere [2]** 10/3 16/1
**sons [1]** 32/8
**soon [2]** 4/21 32/6
**sorry [5]** 2/25 5/17 10/24 17/20 39/4

## S

soul [1] 18/24
SOUTHERN [2] 1/1 11/1
speak [4] 14/5 17/14 22/15 25/21
speaker [1] 14/6
speaking [1] 26/4
special [4] 32/25 34/14 37/12 37/13
specific [1] 39/15
specifically [2] 37/6 39/10
specifics [1] 25/22
spend [3] 20/1 22/6 22/11
spent [1] 14/9
spite [1] 9/2
spoke [2] 23/6 39/8
stand [1] 25/16
standard [1] 34/13
standing [1] 8/13
standpoint [1] 2/15
started [2] 10/22 11/10
state [3] 2/6 19/8 36/23
stated [1] 18/12
statements [1] 32/18
STATES [18] 1/1 1/3 1/12 2/5 2/8 4/14 6/3 11/2 12/25 13/7 26/25 27/1 32/21 33/1 33/18 33/20 36/22 37/12
statute [1] 28/8
statutory [3] 3/4 23/17 32/20
stay [1] 26/24
Stephen [4] 1/21 40/10 40/16 40/17
Stewart [18] 11/3 11/7 11/17 11/19 11/21 12/2 12/3 12/6 12/7 12/8 12/9 12/13 12/14 12/21 15/14 25/21 32/1 32/2
Stewart's [1] 16/14
still [3] 21/9 21/21 28/12
stole [2] 24/13 24/15
stolen [1] 24/15
stood [1] 24/14
stop [1] 27/7
storage [1] 36/7
Street [3] 1/16 1/19 1/22
streets [1] 9/1
strong [1] 16/18
structure [1] 25/6
struggling [1] 31/24
Stuart's [1] 11/9
stuck [1] 19/1
student [1] 36/25
stupid [1] 18/18
submit [3] 34/16 36/3 37/1
submitted [1] 2/13
substance [1] 34/12
successful [2] 31/18 31/21
such [2] 34/21 36/16
suffer [2] 9/1 21/1
suffered [3] 8/7 9/2 19/4
sufficient [2] 16/12 16/13
suggest [4] 12/23 14/15 16/10 16/13
suggesting [1] 5/21
suggestion [1] 32/15
suggests [1] 11/7
suitable [1] 37/9
summer [2] 18/13 18/23
supervised [4] 34/5 34/9 34/14 36/12
supervision [1] 36/15
support [1] 25/6
sure [4] 8/10 19/1 22/22 24/2
surely [1] 28/9
surgically [1] 23/24
survivers [1] 21/13
suspicion [1] 36/11
systems [3] 15/3 34/24 36/18

## T

take [3] 25/3 26/18 28/19
taken [2] 18/7 18/19
taking [3] 12/1 13/15 25/9
talk [9] 5/7 5/17 10/21 10/23 14/19 24/20 24/21 28/25 29/1
talked [1] 9/17
talking [4] 29/2 29/12 31/6 31/7
tangible [1] 5/18
target [1] 5/25
task [1] 22/24
technique [1] 35/1
telephone [2] 35/8 35/24
tell [3] 5/1 8/15 18/14
telling [1] 27/9
tells [3] 8/24 10/11 15/2
Ten [1] 27/7
term [3] 31/13 31/14 34/5
terrorized [1] 19/7
tested [1] 19/18
testing [3] 7/2 9/5 35/14
testosterone [2] 15/3 16/10
tests [2] 6/25 15/6
thank [14] 17/18 17/24 22/14 22/15 22/17 22/18 22/20 28/22 30/14 38/13 39/3 39/17 39/18 39/20
Thankfully [1] 19/13
that's [16] 3/15 5/12 5/18 6/24 6/24 7/12 8/23 9/21 11/6 13/4 13/4 14/20 17/23 27/24 28/1 38/24
themselves [2] 25/8 25/10
therapy [3] 20/21 20/25 22/10
there's [8] 6/5 13/1 14/15 26/23 27/9 30/16 31/15 38/1
therein [1] 30/4
thereof [1] 24/2
they're [8] 12/25 22/22 26/18 26/20 26/21 26/23 27/4 27/5
thing [6] 9/8 11/15 16/18 17/2 26/6 27/25
things [7] 6/6 9/2 22/12 29/1 30/21 31/5 38/9
think [11] 8/14 24/22 31/3 31/17 31/19 31/21 31/23 32/10 32/11 32/12 32/15
thinking [1] 18/17
third [5] 1/19 4/6 10/20 35/5 35/19
thorough [2] 34/22 36/16
those [18] 4/8 7/23 7/25 8/7 8/14 8/15 9/2 16/5 20/23 21/9 22/12 25/12 27/4 27/6 27/8 27/14 28/7 30/12
though [2] 6/8 19/25
thought [1] 25/1
thousands [1] 24/24
threatened [1] 16/23
three [8] 3/25 4/2 7/7 10/14 11/25 18/1 20/18 29/3
through [6] 4/8 5/24 7/2 9/23 22/1 27/21
thumb [2] 30/3 30/3
times [3] 16/24 29/17 37/3
tint [1] 18/16
tired [1] 20/3
Title [3] 32/21 32/25 36/21
today [8] 8/2 8/13 15/7 22/11 22/15 25/12 26/8 28/13
told [7] 7/7 13/25 20/14 20/15 20/24 22/9 24/14
tolerance [2] 31/4 31/4
too [3] 20/3 21/19 25/8
took [8] 14/14 18/1 18/3 18/20 20/13 24/24 25/1 27/23
top [1] 3/17
tormented [1] 19/6
tortured [1] 30/25
total [1] 33/18
towards [2] 9/8 24/12
town [1] 21/24
trace [1] 10/13
trade [2] 35/21 35/25
trafficking [2] 2/25 39/8
training [1] 9/23
transcript [2] 1/10 40/12
traumas [1] 8/7
treated [1] 13/11
treatment [5] 9/7 35/14 35/16 35/17 38/3
troubling [1] 32/4
truck [1] 9/22
true [4] 14/23 23/6 23/10 23/19
truism [1] 7/11
trust [2] 26/3 26/8
trusted [3] 26/7 26/7 27/24
truth [4] 6/2 18/14 20/7 26/22
try [1] 20/25
turned [1] 28/2
two [9] 5/23 11/12 11/15 11/20 14/4 16/3 21/22 27/14 37/18
two-level [2] 11/12 11/20
type [7] 6/1 9/15 10/11 15/12 15/13 15/25 21/19
types [5] 10/22 13/12 14/23 15/23 30/18

## U

U.S [7] 1/15 34/1 34/1 34/1 34/16 36/3 37/3
ultimately [1] 8/1
unannounced [2] 34/17 36/4
uncommon [1] 23/7
under [3] 14/8 32/16 35/9
understand [4] 11/4 20/13 22/10 33/6
understanding [1] 15/17
understands [1] 7/4
Understood [1] 38/13
unfortunately [2] 8/1 21/14
uniform [1] 21/21
unique [4] 4/5 17/7 25/25 26/1
UNITED [18] 1/1 1/3 1/12 2/4 2/8 4/14 6/3 11/2 12/25 13/7 26/25 27/1 32/21 32/25 33/17 33/20 36/22 37/12
unlawful [1] 36/11
unresolved [1] 8/1
until [3] 15/12 28/10 29/19
unwanted [3] 4/6 10/20 25/20
upon [6] 25/2 26/3 26/8 34/4 35/7 35/18
upward [1] 28/16
us [9] 8/24 9/12 10/11 13/25 15/2 16/3 22/1 28/12 28/12
used [2] 21/11 26/7

## V

valid [1] 16/5
value [3] 11/12 11/15 16/2
variance [11] 2/12 3/23 4/2 7/8 10/15 12/9 12/22 13/24 17/9 28/16 39/2
vehicles [1] 36/5
Vermont [2] 4/22 4/22
versus [2] 2/5 11/3
very [11] 9/10 10/10 14/25 14/25 16/5 16/5 19/23 21/8 22/23 25/10 31/1
viciously [1] 7/20
victim [1] 27/15
victim-centered [1] 27/15
victimization [1] 26/13
victimize [1] 26/17
victimized [6] 7/18 26/18 26/20 26/21 27/6 28/8
victims [23] 2/25 5/10 9/1 12/1 23/21 24/2 24/21 24/22 27/17 27/18 28/7 28/12 28/14 28/14 28/20 29/3 29/12 32/6 32/8 33/25 35/10 39/8 39/13
Victims' [1] 2/24
video [1] 20/1
viewed [1] 26/19
violating [1] 14/9
violation [1] 36/11
visual [2] 35/21 36/1
voluntarily [2] 3/18 5/21
volunteer [7] 9/17 9/19 9/20 9/25 21/6 21/14 21/22
volunteerism [1] 31/20

## W

wake [1] 8/5
walk [1] 22/1
want [11] 10/6 10/21 13/13 13/23 14/19 16/16 17/21 17/25 20/10 20/10 21/1
wanted [6] 3/12 8/5 19/10 20/15 20/24 25/14
warm [1] 18/23
warrant [4] 4/16 36/9 38/20 38/25
wash [2] 24/3 24/18
wasn't [3] 6/19 22/2 29/19
water [3] 9/7 9/7 19/19
ways [1] 8/2
We'll [1] 5/7
we're [9] 3/23 4/2 10/15 13/2 14/12 26/8 29/1 29/1 29/12
weaker [1] 25/5
weapon [1] 13/17
web [1] 27/21
week [1] 37/22
weekends [1] 9/22
well [11] 3/5 4/20 9/13 12/25 19/19 23/22 24/8

**W**

**well... [4]** 24/8 30/1 33/8 33/15
**went [7]** 5/24 7/25 9/3 9/4 9/22 19/4 19/16
**West [2]** 1/7 1/22
**whack [1]** 26/11
**What's [1]** 6/8
**whatever [1]** 16/9
**whatsoever [2]** 13/7 14/2
**Wheels [1]** 21/23
**where [16]** 5/9 8/3 9/5 12/21 15/5 19/16 19/18 26/10 26/12 27/9 27/18 27/19 27/20 32/5 34/7 38/5
**while [5]** 23/25 24/10 33/16 34/9 37/8
**who's [1]** 2/10
**whoever [1]** 19/10
**whose [2]** 25/17 26/5
**why [6]** 8/4 10/15 13/23 14/19 15/1 15/17
**Widlanski [2]** 1/15 2/8
**William [8]** 1/18 2/9 3/21 11/3 12/21 15/14 16/14 33/3
**willing [2]** 25/5 27/3
**wireless [1]** 35/3
**wish [5]** 24/8 24/8 24/11 24/12 25/16
**wishes [1]** 6/21
**within [2]** 3/5 34/6
**without [5]** 4/18 7/2 14/1 35/3 36/9
**witness [1]** 6/20
**won't [1]** 33/9
**wonderful [1]** 19/14
**words [1]** 24/17
**work [9]** 9/4 9/16 9/17 9/20 10/5 19/17 19/21 21/14 21/19
**worked [1]** 19/25
**working [2]** 28/3 30/2
**works [1]** 36/25
**world [2]** 9/6 27/3
**worse [1]** 25/24
**worth [1]** 21/16
**wound [2]** 23/24 23/25
**wounds [1]** 22/10
**wrestling [1]** 14/8
**written [2]** 5/10 33/7
**wrong [6]** 24/3 24/18 27/23 27/25 28/1 29/20
**wrote [3]** 8/17 8/18 17/21

**Y**

**year [11]** 7/13 7/19 7/19 8/8 13/2 15/7 15/7 16/18 18/21 20/5 28/11
**years [49]**
**Yes [5]** 2/3 28/24 38/15 38/23 39/14
**yet [2]** 8/23 24/7
**yield [1]** 24/4
**you'll [2]** 3/19 38/22
**you've [1]** 2/11
**young [4]** 14/8 16/18 19/22 25/17
**youngest [1]** 29/17
**youth [1]** 35/12